DEFENDANT:        Carmen Sanchez

YOB:              1964

COMPLAINT FILED?   _____ Yes    \_\_X\_\_\_ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes    _____ No
If No, a new warrant is required

OFFENSES:         *Counts 1, 2 & 4:* Mail Fraud, 18 U.S.C. § 1341
                  *Count 8:* Conspiracy, 18 U.S.C. § 371

LOCATION OF OFFENSE:    Adams County, Colorado

PENALTY:          *Mail Fraud (Counts 1, 2 & 4):* for each violation, NMT twenty years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment
                  *Conspiracy (Count 8):* NMT five years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment

AGENT:            Dana McKay, Dep't of Education OIG
                  Charlie Beans, U.S. Secret Service

AUTHORIZED BY:    Daniel E. Burrows, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 \_X\_ five days or less \_\_\_\_ over five days        \_\_\_\_ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
\_\_\_X\_\_ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      \_ Yes  X  No

1