AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

USA, Plaintiff

v.

Sanchez, Defendant

Case No. 18-cr-00389-RBJ-3

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeramyah Gonzalez.

Date: 9/4/18

*Attorney's signature*

THOMAS R. WARD #28877
*Printed name and bar number*

140 E. 19th Ave., Suite 300
Denver, CO 80203
*Address*

tward@mswdenver.com
*E-mail address*

303-832-8888
*Telephone number*

303-863-8888
*FAX number*