IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ**,

    Defendant.
_____

## NOTICE OF DISPOSITION
_____

Defendant Jeramyah Gonzales, by and through undersigned counsel, hereby notifies the Court that the parties have reached a disposition in this matter. Mr. Gonzales respectfully requests that the scheduled motions hearing and jury trial be vacated as to him, and a date and time be scheduled for a Change of Plea hearing.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   December 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 05, 2018, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

<pre>
                                        s/Thomas R. Ward
                                        Thomas R. Ward
</pre>