IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 18-cr-00389-RBJ | Date: February 13, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel E. Burrows* |
| v. | |
| 3. JERAMYAH GONZALEZ<br>**Defendant** | *Thomas R. Ward* |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session:  9:37 a.m.

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and appeal rights.

Discussion held on this Court's non-acceptance of a plea agreement that involves a Rule 11(c)(1)(C).

Parties believe they can still reach a plea agreement, plea agreement is not accepted at this time.

**ORDERED**:   **The defendant's bond is continued.**

Court in Recess:  10:00 a.m.          Hearing concluded.          Total time in Court:  00:23