**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ,

    Defendant.

## Government's Objections to Presentence Report

    The United States hereby submits the following objections to the presentence report (PSR) relating to Defendant Gonzalez (ECF No. 166).

    <u>Paragraph 34</u>: The government objects to the Probation Office's interpretation of the plea agreement. Paragraph 34 seems to imply that the parties must explicitly agree on who is a victim of Defendant Gonzalez's criminal conduct and stipulate to specific amounts of restitution. That is not correct. Defendant Gonzalez agreed to pay "restitution to A.M. or any other victims in amounts to be determined by the Court." (Gonzalez Plea Agreement 2, ECF No. 135.) That agreement is enough to give the Court authority under 18 U.S.C. § 3663(a)(3) (2012) to order restitution to such persons and in such amounts as the Court determines. *See United States v. Moore*, 703 F.3d 562, 573–74 (D.C. Cir. 2012).

    <u>Paragraphs 38 and 51</u>: The government objects to discussion of the guideline adjustment for acceptance of responsibility. While the government agrees that

Defendant Gonzalez has accepted responsibility as a general matter, offense levels and guideline adjustments are not applicable under U.S. Sentencing Guidelines Manual § 2B1.6 (U.S. Sentencing Comm'n 2018).[1]

<u>Paragraphs 41–51</u>: Similarly, the government wishes to clarify that the assignment of criminal history points and calculation of Defendant Gonzalez's criminal history category are immaterial to the guideline-recommended sentencing range. However, the government does not object to including these calculations as an informational matter and a convenient way to compare Defendant Gonzalez's background with that of other defendants. (The Plea Agreement included a preliminary criminal history category calculation for the same reasons. (Plea Agreement 8.))

<u>Paragraph 71</u>: It is the government's understanding that Glaz-Tech (or, as spelled later in the PSR, "Glaztec") and Glass, Inc. are the same company, doing business under different names at different times.

Respectfully submitted this 2nd day of July, 2019.

---

[1] The Probation Office recognizes this later. (PSR ¶¶ 40, 80.)

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney