# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JERAMYAH GONZALEZ, a/k/a JOSEPH PENA, a/k/a JOSEPH SANCHEZ,

    Defendant.

## Unopposed Motion to Reset Sentencing Hearing

    The United States hereby requests that the Court vacate Defendant Gonzalez's current sentencing hearing and reset the hearing approximately sixty days in the future. In support thereof, the government states as follows:

    1.    Defendant Gonzalez is currently scheduled to be sentenced tomorrow, July 26, 2019.

    2.    The Probation Office recently informed the Court that it still lacks sufficient documentation for one of the victims' losses. (Presentence Report Addendum, ECF No. 174.) Although the probation officer has informed the government that she recently received some additional documents from that victim, it appears that the victim may have additional losses from garnishments performed by a third-party servicer of one of the subject loans. The documentation of these garnishments is with that third-party servicer, not the Department of Education, so the documents cannot be quickly obtained.

3. Given this remaining restitution issue, the government requests that the Court reset the sentencing hearing. The statute does allow for a separate hearing on restitution within ninety days of sentencing. 18 U.S.C. § 3664(d)(5) (2012). However, in this case the sentence is dictated by the statute: two years of imprisonment followed by one year of supervised release. Restitution is therefore the primary issue for the Court to decide; there is very little to be handled in a hearing beyond restitution. Therefore, the government believes that the best and most efficient use of the Court's time would be to simply set the entire hearing off for approximately sixty days. The government believes that the remaining evidence regarding restitution can be adequately marshaled in that time.

4. The undersigned contacted opposing counsel and was informed that Defendant Gonzalez would have no objection to the relief requested herein.

Respectfully submitted this 25th day of July, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney