IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 18-cr-00389-RBJ | Date: | October 16, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Ryan Kinsella |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel E. Burrows* |
| **v.** | |
| 3. JERAMYAH GONZALEZ<br>**Defendant** | *Thomas R. Ward* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     9:32 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Objections addressed.

**ORDERED:   Oral motion to dismiss Count Six is GRANTED.**

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be **imprisoned** for **24 months** as to Count Seven of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **1 year.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately. **Restitution** in the total amount of **$19,156.97.**

Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons.

**Court in recess:** 9:45 a.m.          Hearing concluded.          Total time:      00:13