**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1082 1:18CR00389-RBJ-003

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jeramyah GONZALEZ,

    Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that the Defendant, Jeramyah Gonzalez, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI Englewood, located in Littleton, Colorado, before 2:00 p.m. on Thursday, November 28, 2019, and will travel at his own expense.

    DATED at Denver, Colorado, this ___14th___ day of November, 2019.

BY THE COURT:

*Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge