<u>Notice to Court</u>

To: District Court of Colorado

From: Jeramyah Gonzalez # 44884-013

Date: April 24, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2020

JEFFREY P. COLWELL
CLERK

Subject: Compassionate Release Under:
     1) Title 18 U.S.C. § 3582 (c)(1)(A)
     2.) The care Act Section 12003 (b)(2)
     Covid-19 Virus Stimulus 3/27/2020

On April 2, 2020 I submitted my request for a Compassionate Release due to the Covid-19 virus. - See Attachment #1 -. On April 24, 2020 my request for compassionate release due to the Covid-19 virus was denied with NO SPECIFIC reasoning. In Warden Greilicks April 23, 2020 response to my written request for Compassionate Release, He stated that my. (RIS) request "Is denied at this time" Instead of Stateing the specific reason for his denial, he sent me the same general form / Letter that was sent to other inmates who were also denied -See attachment #2- This shows a lack of Individualized and careful review of my unique case and Request. This lack of a personalized review denies me of a genuine opportunity for a adiquite relief and is a clear evidence that

administrative appeal will be futile. Both of these facts provide exceptions to the general rule requiring exhaustion, covering situations where administrative remedies me in adequate or not efficacious and where pursuit of administrative remedies would be futile, BEMARRY V. ASHCOFT, 329, F.3D 51, 62 (2nd) The Administrative remedy process with in the Bureau of prisons can take any where between 6 to 18 months to exhaust. This is an unreasonable Barrier to anyone less then 15 months on this sentence. It is because of this unwarrented obsticle that I file Directly to the court seeking due process while to continuing to exhaust the FBOP's remedy procedure - See attachment #3- On April 20,2020 FCI Englewood recieved confirmatio of a staff member who tested positive for the covid-19 virus, 8 inmates who include inmates on the staff members work detail and their cell mates have been quarentined -See Attachment #4-

On April 17, 2020, 3 days before the confirmation, there was a mass movement due to F.B.O.P's work detail "UNICORE", Wich was authorized by Assistant Warden Collins. Opening the whole Factory again, and wanting to house all unicor workers in one housing unit, moving and cross contaminating ALL other housing units, nullifying our previous quarentine. I am an inmate who is more vulnerable to the covid-19 virus because of my underlying health conditions: Type 2 diabetes, respiratory, high blood presure

and Obesity. -See Attachment #5- I have a verifiable release plan that include a release address; employment and Family health insurance plan. My outdate is August 10, 2021. My home confinement eligibility date is May 30, 2021. My medical Conditions put me in a dangerous position. Thus making the B.O.P negligent as Fiduciary and trustee if I contract the Virus here at this Facility because I have notified admin of my conditions that are on file. This notice to the Court is submitted in Good Faith, and I pray that this honorable Court will take this matter seriously and help me achieve a resolution to my dire situation in an urgent manner.

PLEASE ACCEPT THIS AS MY APPLICATION FOR COMPASSIONATE
RELEASE PURSUANT TO B.O.P. PROGRAM STATEMENT 18 USC
3582 (C)(1)(A) AND THE FIRST STEP ACT 571.60
STATES [T]HE BUREAU USES 18 U.S.C. 4205(G) AND
U.S.C. (A)(1)(A) IN PARTICULARLY EXTRAORDINARY OR
COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY
HAVE BEEN FORESEEN BY THE COURT AT THE
TIME OF SENTENCING.

UNDER 571.60(a) THE PROGRAM STATEMENT INSTRUCTS
THAT A REQUEST SHALL BE IN WRITING & SUBMITTED
BY THE INMATE. AN INMATE MAY INITIATE A
REQUEST FOR CONSIDERATION UNDER 18 U.S.C. 4205(G)
OR 18 USC 3582(C)(1)(A) ONLY WHEN THERE ARE
PARTICULARLY EXTRAORDINARY OR COMPELLING
CIRCUMSTANCES WHICH COULD NOT REASONABLY
HAVE BEEN FORESEEN BY THE COURT AT THE
TIME OF SENTENCING.

THE EXTRAORDINARY OR COMPELLING CIRCUMSTANCES
THAT I BELIEVE WARRANT CONSIDERATION ARE:
1) BECAUSE THE COVID-19 HEALTH CRISIS COULD BE
   CATASTROPHIC TO MY CHRONIC HEALTH CARE CONDITION
   OF TYPE 2 DIABETES & THE RELATED COMPROMISED
   IMMUNE SYSTEM IT BRINGS PUTS ME AT A
   SIGNIFICANTLY HIGHER RISK OF DEATH IF I
   CONTRACT THE VIRUS *(ATTACHMENT-1-)*

2) I HAVE SIGNIFICANT RESPITORY ISSUES (HYPERTENSION) WHICH CAN BE VERIFIED BY THE FACT THAT I HAVE BEEN APPROVED FOR A POLYNEUROPATHY OFFSITE APPOINTMENT AS OF 3/10/20 BECAUSE OF COMPLICATIONS I AM CURRENTLY EXPERIENCING.

3) I AM CURRENTLY ON LISENPRIL FOR HIGH BLOOD PRESSURE.

4) I AM CLASSIFIED AS OBESE.

FURTHER I UNDERSTAND THAT ANY CONSIDERATION YOU GIVE ME REGARDING A COMPASSIONATE RELEASE REST ON WHETHER OR NOT I HAVE A PLACE TO LIVE & WORK UPON MY RELEASE. TO THAT END I WILL BE LIVING WITH MY WIFE & 2 SONS IN OUR HOME AT, 12232 COLORADO BLVD L306, THORTON, COLORADO 80241.
UPON MY RELEASE I WILL RETURN TO WORK AT MY FORMER EMPLOYER, AMI MECHANICAL, WHERE I AM A WELDER/PIPEFITTER.
FOR FURTHER VERIFICATION YOU MAY CONTACT TAYLOR MONTOYA AT 303·280·1401.

I HAVE 15 MONTHS LEFT OF A 24 MONTH
SENTENCE. I HAVE NOT HAD ANY DISCIPLINARY
SHOTS OR INCIDENTS. ALSO I AM A NON VIOLENT
OFFENDER.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Morgan & Fitzimmens | DATE: 4·24-20 |
|---|---|
| FROM: Jeramyah Gonzalez | REGISTER NO.: 44884-013 |
| WORK ASSIGNMENT: FS | UNIT: Upper West |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am requisting print outs of emails
sent to AIW programs 4·2·20 @ 7:50pm
and AIW programs 4-17·20 @ 12:44pm

I NEED 2 copies of each please

(Do not write below this line)

DISPOSITION:

Attachment #1

5/8/20 Have not recieved print outs
Please See written copy

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

PRINTED ON RECYCLED PAPER

Printout request of "Request for Compassionate release."

INMATE GONZALEZ, Jeramyah
Reg. No. 44884-013
Unit West Upper

INMATE REQUEST TO STAFF MEMBER

You requested a reduction in sentence (RIS) based on concerns
about COVID-19.  After careful consideration, your request is
denied.

Title 18 of the United States Code, section 3582(c)(1)(A),
allows a sentencing court, on motion of the Director of the BOP,
to reduce a term of imprisonment for extraordinary or compelling
reasons.  BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence: Procedures for Implementation of
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the
types of circumstances that present extraordinary or compelling
reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly
inmate, an elderly inmate with medical conditions, or an "other
elderly inmate"; the death or incapacitation of the family
member caregiver of the inmate's child; or the incapacitation of
the inmate's spouse or registered partner.  Your request has
been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread
of COVID-19 and treat any affected inmates.  We recognize that
you, like all of us, have legitimate concerns and fears about
the spread and effects of the virus.  However, your concern
about being potentially exposed to, or possibly contracting,
COVID-19 does not currently warrant an early release from your
sentence.  Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you
may commence an appeal of this decision via the administrative
remedy process by submitting your concerns on the appropriate
form (BP-9) within 20 days of the receipt of this response.

_____                    4/23/2020
B. Greilick, Warden                         Date

Attachment #1

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Gonzalez, Jeramyah    44884-013    U.W. South    F.C.I ENG

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST** RE... Resolution For Denial For Compassionate Release For Extraordinary and Compelling Reason 18 U.S.C § 3582(c)(1)(A) Which I received April 24, 2020. This appeal is a direct request to be released as a resolution to the covid-19 pandemic and the covid-19 outbreak at F.C.I Englewood, which is woefully unprepared and ill-equiped to protect me, and puts me in a greater risk of dying if contracting the covid-19 virus. Due to various serious conditions of: Diabetes Type 2, respiratory, High blood pressure, and obesity. with this, the covid-19 pandemic outbreak accentuates my meritorious claim for release, in which I meet the objective criteria in U.S.S.G § 1B1.13 (1)(0) at application Note I understand that due to my underlying medical condition puts me in a dangerous position of the covid-19 outbreak here at F.C.I Englewood, in such would make BOP negligent as Fiduciary and Trustee if I contract covid-19 as I have notified

    4.24.20     this administration of my conditions.    J. Gonzalez

      DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

 

      DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                         CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                   CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____

           LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____

      DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR          PRINTED ON RECYCLED PAPER                   BP-229(13) APRIL 1982

Attachment #31

INMATE GONZALEZ, Jeramyah
Reg. No. 44884-013
Unit West Upper


INMATE REQUEST TO STAFF MEMBER

You requested a reduction in sentence (RIS) based on concerns
about COVID-19.  After careful consideration, your request is
denied.

Title 18 of the United States Code, section 3582(c)(1)(A),
allows a sentencing court, on motion of the Director of the BOP,
to reduce a term of imprisonment for extraordinary or compelling
reasons.  BOP Program Statement No. 5050.50, Compassionate
Release/Reduction in Sentence: Procedures for Implementation of
18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the
types of circumstances that present extraordinary or compelling
reasons, such as the inmate's terminal medical condition;
debilitated medical condition; status as a "new law" elderly
inmate, an elderly inmate with medical conditions, or an "other
elderly inmate"; the death or incapacitation of the family
member caregiver of the inmate's child; or the incapacitation of
the inmate's spouse or registered partner.  Your request has
been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread
of COVID-19 and treat any affected inmates.  We recognize that
you, like all of us, have legitimate concerns and fears about
the spread and effects of the virus.  However, your concern
about being potentially exposed to, or possibly contracting,
COVID-19 does not currently warrant an early release from your
sentence.  Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you
may commence an appeal of this decision via the administrative
remedy process by submitting your concerns on the appropriate
form (BP-9) within 20 days of the receipt of this response.


_____          4/23/2020
B. Greilick, Warden                        Date

**BP-229 RESPONSE**                     Case Number:1016510-F1

This is in response to your request for Administrative Remedy received
on April 29, 2020, wherein you appeal the denial of your request for a
Compassionate Release or release to home confinement due to the
COVID-19 pandemic.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a
sentencing court, on motion of the Director of the BOP, to reduce a
term of imprisonment for extraordinary or compelling reasons. BOP
Program Statement No. 5050.50, Compassionate Release/Reduction in
Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A)
and 4205(g), provides guidance on the types of circumstances that
present extraordinary or compelling reasons, such as the inmate's
terminal medical condition; debilitated medical condition; status as a
"new law" elderly inmate, an elderly inmate with medical conditions,
or an "other elderly inmate"; the death or incapacitation of the
family member caregiver of the inmate's child; or the incapacitation
of the inmate's spouse or registered partner.

Additionally, current law and recent guidance from the U.S. Attorney
General directs the Bureau of Prisons to maximize the use of home
confinement in appropriate cases, consistent with Bureau of Prisons
policy, the needs and safety of each inmate, and in consideration of
the safety of the community.

A review of this matter revealed you were notified in writing that you
do not meet the criteria for transfer to home confinement under the
CARES Act, or for Compassionate release.

The BOP is taking extraordinary measures to contain the spread of
COVID-19 and treat any affected inmates. We recognize that you, like
all of us, have legitimate concerns and fears about the spread and
effects of the virus. However, your concern about being potentially
exposed to, or possibly contracting, COVID-19 does not currently
warrant an early release from your sentence or a designation to home
confinement. Accordingly, your RIS request and your request for
placement on home confinement were denied.

Accordingly, your Request for Administrative Remedy is denied. In the
event you are not satisfied with this response and wish to appeal, you
may do so within 20 calendar days of the date of this response by
submitting a BP-230(13) to the Regional Director, Federal Bureau of
Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th
Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

*Signing under a title of Authority of another.*

*5/1/2020*
Date

B. Greilick, Warden

*This is NOT the wardens signiture! False representation is a form of FRAUD.*

*Attachment #3*



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

_Office of the Warden_      _FCI Englewood, CO 80123_

April 20, 2020

---

**MEMORANDUM FOR ALL STAFF**

FROM:       B. Greiner, Warden

SUBJECT:     COVID-19 Update

We have our first confirmed staff member with COVID-19. Staff with direct contact with this individual have been notified. Eight inmates, to include inmates on the staff members work detail and their cellmates, have been quarantined, as a precautionary measure. All areas potentially exposed, to these individuals were sanitized by Safety Staff, utilizing a bleach solution. These areas were Food Service, Laundry, Electric Shop, Pipe Fitter Shop, HVAC, Commissary, Tool Room, Facilities, and Unicor.

As a reminder, wearing face coverings is mandatory for staff and inmates. Continue to emphasize the importance of proper hand washing among each other, as well as to inmates. Please be cautious of conversations that are had, especially among the inmate population. We are diligently working to ensure everyone is informed of what is happening throughout the institution, and we should all have the shared goal that only accurate information is shared with staff and inmates.

Thank you again for your continued efforts managing this evolving pandemic.

Attachment #4

As many of you know, we have a confirmed case of Covid-19 at FCI Englewood. Please be respectful of privacy and do not spread rumors. With that being said, I want to reiterate the importance of cleaning, washing hands, disinfecting surfaces, and wearing our masks to help prevent the spread. Another very important thing I want to stress to all staff is if you have ANY Covid-19 symptoms, please notify your supervisor and immediately seek medical attention and INSIST on being tested as a priority 2 First Responder at an institution that now has a Positive Covid-19 result. You should not be denied a test, especially now. Please do not come to work until you are tested even if you think it is nothing serious, many times this disease has very mild symptoms in some people but could have devastating impact on a co worker or worse they could take it home to their family. If you have anything that feels off and unusual please get it checked even if you are fine, it isn't worth the risk to others in such a confined environment. Any questions or concerns, please reach out.

Thanks, Simmerman

Attachment #4

# Bureau of Prisons
## Health Services
## Health Problems

### Current

Reg #: 44884-013

Inmate Name: GONZALEZ, JERAMYAH

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Type 2 diabetes mellitus**<br>12/03/2019 12:33 EST Barkman, N, FNP-C | | ICD-10 | E119 | 12/03/2019 | Current | |
| **Obesity**<br>03/05/2020 12:30 EST Dyer, Birgit FNP<br>weight 310 lbs = BMI 38.7 | | ICD-10 | E669 | 12/04/2019 | Current | |
| 12/04/2019 11:18 EST Barkman, N, FNP-C | | | | | | |
| **Polyneuropathy, unspecified**<br>12/12/2019 14:02 EST Oba, D, MD, CD | | ICD-10 | G629 | 12/12/2019 | Current | |
| **Essential (primary) hypertension**<br>03/10/2020 13:55 EST Barkman, N, FNP-C | | ICD-10 | I10 | 03/10/2020 | Current | |
| **Encounter for screening**<br>03/10/2020 12:10 EST Barkman, N, FNP-C<br>Sleep Apnea | | ICD-10 | Z139 | 03/10/2020 | Current | |

**Total:** 5

Attachment #6

Jeramiah Gonzalez #44884-013
Federal Correctional Institution
Englewood
9595 West Quincy Ave.
Littleton, Colorado 80123

UNITEd States District Court
ALfred A. ARRAJ courthouse
901-19th St. Room A105
Denver Colorado 80294-3589

Sent out to
Mail Room
6/11/20

Legal mail...





CERTIFIED MAIL

7019 0700 0000 7857 9859

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT