IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ**,

    Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

Pursuant to the provisions of the Criminal Justice Act and District Court General Order 2020-7, undersigned counsel hereby enters his appearance as counsel of record for Defendant Jeramyah Gonzales in this case.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:  May 19, 2020

1

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, May 19, 2020, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward
Thomas R. Ward
