**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ.

    Defendant.

## Motion to Withdraw

    The undersigned hereby requests to withdraw as counsel of record in the above-captioned case. As grounds for this motion, the government states that Special Assistant U.S. Attorney Daniel E. Burrows has accepted a position outside of government and will no longer be employed in the U.S. Attorney's Office (and, therefore, no longer authorized to represent the United States in litigation) as of June 16, 2020. Assistant U.S. Attorney Martha Ann Paluch recently filed a notice of appearance in the case and is receiving electronic notice.

    Respectfully submitted this 15th day of June, 2020.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney