PLEASE ACCEPT THIS AS MY APPLICATION FOR COMPASSIONATE RELEASE PURSUANT TO B.O.P. PROGRAM STATEMENT 18 USC 3582 (c)(1)(A) AND THE FIRST STEP ACT 571.60 STATES [T]HE BUREAU USES 18 U.S.C. 4205(g) AND U.S.C. (A)(1)(A) IN PARTICULARLY EXTRAORDINARY OR COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY HAVE BEEN FORESEEN BY THE COURT AT THE TIME OF SENTENCING.

UNDER 571.60(a) THE PROGRAM STATEMENT INSTRUCTS THAT A REQUEST SHALL BE IN WRITING & SUBMITTED BY THE INMATE. AN INMATE MAY INITIATE A REQUEST FOR CONSIDERATION UNDER 18 U.S.C. 4205(g) OR 18 USC 3582(c)(1)(A) ONLY WHEN THERE ARE PARTICULARLY EXTRAORDINARY OR COMPELLING CIRCUMSTANCES WHICH COULD NOT REASONABLY HAVE BEEN FORESEEN BY THE COURT AT THE TIME OF SENTENCING.

THE EXTRAORDINARY OR COMPELLING CIRCUMSTANCES THAT I BELIEVE WARRANT CONSIDERATION ARE:
1) BECAUSE THE COVID-19 HEALTH CRISIS COULD BE CATASTROPHIC TO MY CHRONIC HEALTH CARE CONDITION OF TYPE 2 DIABETES & THE RELATED COMPROMISED IMMUNE SYSTEM IT BRINGS PUTS ME AT A SIGNIFICANTLY HIGHER RISK OF DEATH IF I CONTRACT THE VIRUS. *(ATTACHMENT-1)*

2) I HAVE SIGNIFICANT RESPIRATORY ISSUES (HYPERTENSION) WHICH CAN BE VERIFIED BY THE FACT THAT I HAVE BEEN APPROVED FOR A POLYNEUROPATHY OFFSITE APPOINTMENT AS OF 3/10/20 BECAUSE OF COMPLICATIONS I AM CURRENTLY EXPERIENCING.

3) I AM CURRENTLY ON LISENPRIL FOR HIGH BLOOD PRESSURE.

4) I AM CLASSIFIED AS OBESE.

FURTHER I UNDERSTAND THAT ANY CONSIDERATION YOU GIVE ME REGARDING A COMPASSIONATE RELEASE REST ON WHETHER OR NOT I HAVE A PLACE TO LIVE & WORK UPON MY RELEASE. TO THAT END I WILL BE LIVING WITH MY WIFE & 2 SONS IN OUR HOME AT, 12232 COLORADO BLVD L306, THORNTON, COLORADO 80241.
UPON MY RELEASE I WILL RETURN TO WORK AT MY FORMER EMPLOYER, AMI MECHANICAL, WHERE I AM A WELDER/PIPEFITTER.
FOR FURTHER VERIFICATION YOU MAY CONTACT TAYLOR MONTOYA AT 303·280·1401.

I HAVE 15 MONTHS LEFT OF A 24 MONTH SENTENCE. I HAVE NOT HAD ANY DISCIPLINARY SHOTS OR INCIDENTS. ALSO I AM A NON VIOLENT OFFENDER.