```
PR11                                                                   Page 1 of 1


    ENGE4            *        ADMINISTRATIVE REMEDY UPDATE       *      05-01-2020
    PAGE 001 OF 001                                                     09:21:41


    REGNO: 44884-013 NAME: GONZALEZ              FNAM: JERAMYAH    FUNC: REP
    RSP OF...: ENG  UNT/LOC/DST: WEST            QTR.: W11-074L   RCV OFC: ENG
    REMEDY ID: 1016510-F1   SUB1: 13LM SUB2:     DATE RCV: 04-29-2020
    UNT RCV.:  WEST         QTR RCV.: W11-074L   FACL RCV: ENG
    UNT ORG.:  WEST         QTR ORG.: W11-074L   FACL ORG: ENG
    EVT FACL.: ENG    ACC LEV: ENG  1            RESP DUE: TUE  05-19-2020
    ABSTRACT.: COVID 19 - COMPASSINATE RELEASE/HOME CONFINEMENT
    STATUS DT: 05-01-2020  STATUS CODE: CLD  STATUS REASON: DNY
    INCRPTNO.:          EXT Y/N: N   RCT: P  EXT:    DATE ENTD: 04-29-2020
    REMARKS..:


                            CURRENT TRACKING DATA

    DATE DUE          DEPARTMENT     TO        DATE ASSN     TRK TYPE    DATE RETURNED
    FRI 05-08-2020    ADMIN REM    (b)(6);    04-29-2020     INV        05-01-2020
                                   (b)(7)(C)




    G0000       TRANSACTION SUCCESSFULLY COMPLETED


https://bop.tcp.doj.gov:9049/SENTRY/J1PRPR0.do                         5/1/2020
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gonzalez, Jeramyah**   **44884-013**   **U.W. South**   **F.C.I ENG**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST** RE... Resolution For Denial For Compassionate Release For Extraordinary and Compelling Reason 18 U.S.C § 3582(c)(1)(A) which I received April 24, 2020. This appeal is a direct request to be released as a resolution to the covid-19 pandemic and the covid-19 outbreak at F.C.I Englewood, which is woefully unprepared and ill-equipped to protect me and puts me in a greater risk of dying if contracting the covid-19 virus. Due to various serious conditions of: Diabetes type 2, respiratory, High blood pressure, and Obesity. With this, the covid-19 pandemic outbreak accentuates my meritorious claim for release, in which I meet the objective criteria in U.S.S.G § 1B1.13 (1)(0) at application Note I understand that due to my underlying medical condition puts me in a dangerous position of the covid-19 outbreak here at F.C.I Englewood, in such would make BOP negligent as Fiduciary and Trustee if I contract covid-19 as I have notified this administration of my conditions. *J. Gonzalez*

**4.24.20**
DATE                                                              SIGNATURE OF REQUESTER

**Part B- RESPONSE**

*Refer to response*

FCI Englewood
APR 29 2020
Admin Remedy Program
(b)(6); (b)(7)(C)

**8.1.20**
DATE                                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**   CASE NUMBER: **1016510-F1**

---

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                     PRINTED ON RECYCLED PAPER                     BP-229(13) APRIL 1982

INMATE GONZALEZ, Jeramyah
Reg. No. 44884-013
Unit West Upper

INMATE REQUEST TO STAFF MEMBER

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____                    4/23/2020
B. Greilick, Warden                                Date

BP-229 RESPONSE                              Case Number:1016510-F1

This is in response to your request for Administrative Remedy received on April 29, 2020, wherein you appeal the denial of your request for a Compassionate Release or release to home confinement due to the COVID-19 pandemic.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Additionally, current law and recent guidance from the U.S. Attorney General directs the Bureau of Prisons to maximize the use of home confinement in appropriate cases, consistent with Bureau of Prisons policy, the needs and safety of each inmate, and in consideration of the safety of the community.

A review of this matter revealed you were notified in writing that you do not meet the criteria for transfer to home confinement under the CARES Act, or for Compassionate release.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence or a designation to home confinement. Accordingly, your RIS request and your request for placement on home confinement were denied.

Accordingly, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____          _____5/1/2020_____
B. Greilick, Warden                                Date

```
ENGE4   535.03 *               INMATE PROFILE                *   04-29-2020
PAGE 001                                                         10:59:18
              44884-013             REG
REGNO: 44884-013                    FUNCTION: PRT  DOB/AGE.: 08-28-1982 / 37
NAME.: GONZALEZ, JERAMYAH                          R/S/ETH.: W/M/O        (b)(7)(E); (b)(7)(F)
RSP..: ENG-ENGLEWOOD FCI                           MILEAGE.: 22 MILES
PHONE: 303-763-4300        FAX: 303-763-2553
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE        FBI NO..: 890210PB3
 PROJ REL DATE..: 08-10-2021                       INS NO..:
 PAR ELIG DATE..: N/A                              SSN.....: 523356498
 PAR HEAR DATE..:                      PSYCH: NO   DETAINER: NO      CMC..: NO
 OFFN/CHG RMKS: 1:18-CR-00389-RBJ-3 AGGRAVATED IDENTITY THEFT
 OFFN/CHG RMKS: 24 MOS/1 YR SRT
         FACL CATEGORY   - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE    TIME
         ENG  ADM-REL    A-DES    DESIGNATED, AT ASSIGNED FACIL  11-28-2019  1129
         ENG  CARE LEVEL CARE1-MH CARE1-MENTAL HEALTH            12-10-2019  1027
         ENG  CARE LEVEL CARE2    STABLE, CHRONIC CARE           12-02-2019  1043
         ENG  COR COUNSL CCC UW   (b)(6); (b)(7)(C)              11-28-2019  1129
         ENG  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO       12-17-2019  1020
         ENG  CASE MGT   DEPEND Y DEPENDENTS UNDER 21 - YES      12-17-2019  1020
         ENG  CASE MGT   PHOTO ID Y PHOTO ID - YES               12-23-2019  1054
         ENG  CASE MGT   RPP PART RELEASE PREP PGM PARTICIPATES  02-18-2020  1351
         ENG  CASE MGT   (b)(7)(F)                               12-17-2019  1020
         ENG  CASE MGT   SSN CARD N SOCIAL SECURITY CARD - NO    12-17-2019  1020
         ENG  CASE MGT   VET P/S N PARENT/SPOUSE VETERAN - NO    12-17-2019  1020
         ENG  CASE MGT   VETERAN N VETERAN - NO                  12-17-2019  1020
         ENG  CASE MGT   (b)(7)(E); (b)(7)(F)                    10-19-2019  0645
         ENG  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 12-10-2019 0852
         ENG  CASE MGT   V94 PV   V94 PAST VIOLENCE              12-10-2019  0851
         ENG  CASE MGT   (b)(7)(E); (b)(7)(F)                    02-27-2020  0845
         ENG  CASE MGT                                           10-18-2019  1429
         ENG  CASEWORKER CSW UW   (b)(6); (b)(7)(C)              11-28-2019  1129
         ENG  CUSTODY    IN       IN CUSTODY                     10-18-2019  1421
         ENG  DRUG PGMS  ED NONE  DRUG EDUCATION NONE            12-10-2019  0853
         ENG  DESIG/SENT ALPHA    TEAM ALPHA                     10-18-2019  1423
         ENG  DESIG/SENT FCO YES  FCO-FULLY COMPLIED W/JUD REC   11-13-2019  1235
         ENG  EDUC INFO  ESL HAS  ENGLISH PROFICIENT             01-07-2020  1130
         ENG  EDUC INFO  GED HAS  COMPLETED GED OR HS DIPLOMA    01-31-2020  0900
         ENG  FIN RESP   PART     FINANC RESP-PARTICIPATES       12-10-2019  0859
         ENG  FIRST STEP FTC INELIG FTC-INELIGIBLE-REVIEWED      12-19-2019  1355
         ENG  FIRST STEP R-LW     LOW RISK RECIDIVISM LEVEL      12-19-2019  1351
         ENG  LEVEL      LOW      SECURITY CLASSIFICATION LOW    10-18-2019  1538
         ENG  MED DY ST  NO PAPER NO PAPER MEDICAL RECORD        12-02-2019  1042
         ENG  MED DY ST  REG DUTY NO MEDICAL RESTR--REGULAR DUTY 12-02-2019  1042
         ENG  MED DY ST  YES F/S  CLEARED FOR FOOD SERVICE       12-02-2019  1042
         ENG  PGM REVIEW JUN      JUNE PROGRAM REVIEW            06-17-2020  1107
         ENG  PSYCH TRMT (b)(7)(F)                               12-10-2019  1012
         ENG  QUARTERS   W11-074L HOUSE W/RANGE 11/BED 074L      01-21-2020  1154
         ENG  RELIGION   CATHOLIC CATHOLIC                       12-10-2019  0853
         ENG  UNIT       WEST     (b)(6); (b)(7)(C)              11-28-2019  1129
         ENG  WAITNG LST A&O YES  A&O COMPLETE                   12-05-2019  1505
         ENG  WAITNG LST CRIMINAL CRIMINAL THINKING              03-27-2020  0856

(b)(7)(E); (b)(7)(F)
G0002       MORE PAGES TO FOLLOW . . .
```

```
ENGE4  535.03 *              INMATE PROFILE              *    04-29-2020
PAGE 002 OF 002                                                10:59:18
          44884-013            REG
REGNO: 44884-013                FUNCTION: PRT  DOB/AGE.: 08-28-1982 / 37
NAME.: GONZALEZ, JERAMYAH                      R/S/ETH.: W/M/O      (b)(7)(E); (b)(7)(F)
RSP..: ENG-ENGLEWOOD FCI                       MILEAGE.: 22 MILES
PHONE: 303-763-4300       FAX: 303-763-2553
   FACL CATEGORY     - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
   ENG  WAITNG LST RPP 1       MEN'S HEALTH & NUTRITION      12-10-2019 0852
   ENG  WAITNG LST RPP 2       EMPLOYMENT                    12-10-2019 0852
   ENG  WAITNG LST RPP 3       PERSONAL FINANCE              12-10-2019 0852
   ENG  WAITNG LST RPP 4&5     RLS SEMINAR                   12-10-2019 0852
   ENG  WAITNG LST RPP 6       PERSONAL GROWTH & DEVELOPMENT 12-10-2019 0852
   ENG  WRK DETAIL FS DIN AM   FS DIN AM                     04-03-2020 0001




(b)(7)(E); (b)(7)(F)
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
PR11                                                                    Page 1 of 1


     ENGE4           *      ADMINISTRATIVE REMEDY UPDATE      *    04-29-2020
     PAGE 001 OF 001                                               10:51:36


     REGNO: 44884-013 NAME: GONZALEZ              FNAM: JERAMYAH    FUNC: ADD
     RSP OF...: ENG  UNT/LOC/DST: WEST            QTR.: W11-074L   RCV OFC: ENG
     REMEDY ID: 1016510-F1  SUB1: 13LM SUB2:      DATE RCV: 04-29-2020
     UNT RCV.:   WEST       QTR RCV.: W11-074L    FACL RCV: ENG
     UNT ORG.:   WEST       QTR ORG.: W11-074L    FACL ORG: ENG
     EVT FACL.: ENG    ACC LEV: ENG  1            RESP DUE: TUE  05-19-2020
     ABSTRACT.: COVID 19 - COMPASSINATE RELEASE/HOME CONFINEMENT
     STATUS DT: 04-29-2020  STATUS CODE: ACC  STATUS REASON:
     INCRPTNO.:       EXT Y/N: N  RCT: N  EXT:    DATE ENTD: 04-29-2020
     REMARKS..:


                               CURRENT TRACKING DATA
     DATE DUE          DEPARTMENT     TO      DATE ASSN      TRK TYPE    DATE RETURNED
     FRI 05-08-2020    ADMIN REM    (b)(6);   04-29-2020     INV


     G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
JERAMYAH GONZALEZ, 44884-013
ENGLEWOOD FCI    UNT: WEST    QTR: W11-074L
9595 WEST QUINCY AVENUE
LITTLETON,  CO 80123
```



FCI Englewood
MAY 0 1 2020
Admin Remedy Program

(b)(6); (b)(7)(C)

```
PR11                                                                Page 1 of 1


   ENGE4          *      ADMINISTRATIVE REMEDY UPDATE      *      08-12-2020
   PAGE 001 OF 001                                                13:43:13


   REGNO: 44884-013 NAME: GONZALEZ           FNAM: JERAMYAH      FUNC: REP
   RSP OF...: ENG UNT/LOC/DST: WEST          QTR.: W11-074L   RCV OFC: ENG
   REMEDY ID: 1039851-F1    SUB1: 13IM SUB2:     DATE RCV: 08-12-2020
   UNT RCV.: WEST       QTR RCV.: W11-074L      FACL RCV: ENG
   UNT ORG.: WEST       QTR ORG.: W11-074L      FACL ORG: ENG
   EVT FACL.: ENG    ACC LEV:                   RESP DUE:
   ABSTRACT.: FPS
   STATUS DT: 08-12-2020  STATUS CODE: REJ STATUS REASON: CON RSF OTH
   INCRPTNO.:           EXT Y/N: N   RCT:     EXT:    DATE ENTD: 08-12-2020
   REMARKS..: YOU DID NOT ATTEMPT AN INFORMAL RESOLUTION VIA
              INFORMAL RESOLUTION ATTEMPT (BP-8) FORM.


                           CURRENT TRACKING DATA
   DATE DUE      DEPARTMENT    TO   DATE ASSN    TRK TYPE    DATE RETURNED



   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Gonzalez, Jeramyah**  44884-013  U.W-S  FCI ENG
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

Inmate argues that this prison does not have to take additional public safety measures because (A) It is a remote offense in time (over 22yrs ago), (B) Petitioner was 15 years old at the time of incident, (C) Denver County Juvenile Court did not consider a public safety factor to be appropriate for this particular misdeameanor. (D) Inmate's current Pattern score is LOW. See attachments (4)

8.4.20
DATE

Gonzalez
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Refer to rejection notice

FCI Englewood  AUG 12 2020  Admin Remedy Program

(b)(6); (b)(7)(C)

8/12/20
DATE

BG
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 1035851-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE _____    RECIPIENT'S SIGNATURE (STAFF MEMBER) _____

FPI-PEPR   PRINTED ON RECYCLED PAPER   BP-229(13) APRIL 1982

Gonzalez 44884.013

Program statement §100.08 states that a PSF is <u>relevant factual information</u> regarding inmate's current (1)offense, (2)sentence, (3) criminal history, (4)institutional behavior, that requires additional security measures to be employed to ensure the safety and protection of the public.

Inmate, respectfully requests that the PSF applied by Grand Prairie be waived for the following reasons: (1) This PSF **is not** relevant factual information regarding inmate's current offense for financial identity theft. (2) PSF **is not** relevant factual information regarding inmate's <u>sentence</u>. This previous misdeameanor was not used in the probation report or by the sentencing judge to calculate inmate's appropriate sentence being served. (3) PSF **is not** relevant factual information regarding inmate's current <u>criminal history</u>. The sentencing guidelines established by Congress does not allow for criminal history exceeding more than 15 years to be used in a current proceeding. Therefore, the Probation Report shows the inmate's incident in 1998, but it does not add any points for this incident to his criminal history points calculation (see attached). (4) PSF **is not** relevant factual information regarding inmate's current <u>institutional behavior</u> because the present crime is completely different in nature and because inmate never reoffended again with an indecent exposure or related crimes for 22 consecutive years.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 12, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ENGLEWOOD FCI

TO  : JERAMYAH GONZALEZ, 44884-013
      ENGLEWOOD FCI    UNT: WEST    QTR: W11-074L
      9595 WEST QUINCY AVENUE
      LITTLETON, CO 80123


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1039851-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : AUGUST 12, 2020
SUBJECT 1      : PUBLIC SAFETY FACTOR APPEALS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR
                 OTHER AUTHORIZED PERSON.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS        : YOU DID NOT ATTEMPT AN INFORMAL RESOLUTION VIA
                 INFORMAL RESOLUTION ATTEMPT (BP-8) FORM.

FCI Englewood
AUG 17 2020
Admin Remedy Program



# Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GONZALEZ, JERAMYAH 44884-013

SEQUENCE: 00197843
Report Date: 08-20-2020



| | |
|---|---|
| Facility: | ENG ENGLEWOOD FCI |
| Name: | GONZALEZ, JERAMYAH |
| Register No.: | 44884-013 |
| Quarters: | W12-084L |
| Age: | 37 |
| Date of Birth: | 08-28-1982 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | LOW |
| Proj. Rel Date: | 08-10-2021 |
| Release Method: | GCT REL |
| DNA Status: | ENG05193 / 11-29-2019 |

## Contact Information
**Release contact & address**
Sara Sanchez , WIFE
12232 Colorado Apt L-306, Thornton, CO 80241 US

phone (home) : (720)-.37-5.5822

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1028(A)(1): AGGRAVATED IDENTITY THEFT | 24 MONTHS |

Date Sentence Computation Began: 11-28-2019
Sentencing District: COLORADO

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit | - InOp Time |
|---|---|---|---|---|
| 0 / 0 / 0 | 0 | Years: 0 Months: 8 Days: 25 | +1 JC | -0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans
Average programming. Maintains good rapport with staff and other inmates.
Arrived at Englewood on 11/28/2019. During initial classification he was encouraged to participate in beneficial programs, prepare for release, and maintain clear conduct.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ENG | UW ORDERLY | UW ORDERLY | 04-30-2020 |

**Work Assignment Summary**
Worked in UNICOR for a short time. Multiple job changes.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ENG | ESL HAS | ENGLISH PROFICIENT | 01-07-2020 |
| ENG | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-31-2020 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ENG | C | FCI FIRST CIVILIZATIONS | 08-01-2020 | 08-18-2020 |
| ENG | C | FCI SHAKESPEARE | 08-01-2020 | 08-06-2020 |
| ENG | C | FCI SHAKESPEARE | 08-01-2020 | 08-06-2020 |
| ENG | C | RPP 3 - 21ST CENTURY MONEY MGT | 07-30-2020 | 07-30-2020 |
| ENG | C | FCI ACE WWI | 07-01-2020 | 07-24-2020 |
| ENG | C | FCI ACE PLANT KINGDOM | 07-01-2020 | 07-24-2020 |
| ENG | C | FCI REVOLUTIONS& ENLIGHTENMENT | 07-01-2020 | 07-08-2020 |
| ENG | C | FCI ACE ANALOGIES | 06-24-2020 | 07-02-2020 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GONZALEZ, JERAMYAH  44884-013

SEQUENCE: 00197843
Report Date: 08-20-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ENG | C | FCI ANCIENT EGYPT ACE | 05-15-2020 | 06-04-2020 |
| ENG | C | RE-ENTRY III | 04-21-2020 | 05-15-2020 |
| ENG | C | RE-ENTRY II | 04-21-2020 | 05-15-2020 |
| ENG | C | RE-ENTRY I | 04-21-2020 | 05-15-2020 |
| ENG | C | ACE POETRY | 04-21-2020 | 05-15-2020 |

### Education Information Summary
COVID ACE classes completed. 1 RPP class completed. No counseling or psycho-educational courses completed.

### Discipline Reports
| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary
N/A

### ARS Assignments
| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ENG | A-DES | US DISTRICT COURT COMMITMENT | 11-28-2019 | CURRENT |

### Current Care Assignments
| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-10-2019 |
| CARE2 | STABLE, CHRONIC CARE | 12-02-2019 |

### Current Medical Duty Status Assignments
| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 12-02-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-02-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-02-2019 |

### Current PTP Assignments
| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

### Current Drug Assignments
| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 12-10-2019 |

### Physical and Mental Health Summary
CARE1-MENTAL HEALTH
CARE2 STABLE, CHRONIC CARE

### FRP Details
Most Recent Payment Plan

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   Start: 12-10-2019
Inmate Decision:  **AGREED**   $25.00   Frequency: **QUARTERLY**
Payments past 6 months:  **$125.00**   Obligation Balance: **$19,131.97**

#### Financial Obligations
| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | ($25.00) | IMMEDIATE | COMPLETEDN |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 03-10-2020 | ENG | PAYMENT | OUTSIDE | $100.00 |
| | | 03-10-2020 | ENG | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST NV | $19,156.97 | $19,156.97 | IMMEDIATE | AGREED |



| Summary Reentry Plan - Progress Report | SEQUENCE: 00197843 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons  Plan is for inmate: GONZALEZ, JERAMYAH  44884-013 | Report Date: 08-20-2020 |

**Most Recent Payment Plan**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|

\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\*

**Financial Responsibility Summary**

Compliant

**Release Planning**

Would reside with wife upon release.

**General Comments**

He has been encouraged to secure Birth Certificate and Social Security card in preparation of release for employment and to secure identification. He has also been encouraged to save funds in preparation of release.

Archived as of 08-20-2020      Summary Reentry Plan - Progress Report      Page 3 of 4



| Summary Reentry Plan - Progress Report | SEQUENCE: 00197843 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Report Date: 08-20-2020 |
| Plan is for inmate: GONZALEZ, JERAMYAH  44884-013 | |

Name: GONZALEZ, JERAMYAH
Register Num: 44884-013
Age: 37
Date of Birth: 08-28-1982
DNA Status: ENG05193 / 11-29-2019

_____
Inmate (GONZALEZ, JERAMYAH, Register Num: 44884-013)
AUG 2 0 2020
Date

| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) |
|---|---|
| Chairperson | Case Manager |
| AUG 2 0 2020 | AUG 2 0 2020 |
| Date | Date |

Summary Reentry Plan - Progress Report        Page 4 of 4