**Patient:** Pena, Joseph
**DOB:** 08/28/1982  **Age:** 30 Y  **Sex:** Male
**Phone:** 720-375-5657
**Address:** 11468 Oswego St, Henderson, CO-80640
**Pcp:** Pradeep Dhar

**Provider:** Stefano H Lee, MD
**Date:** 08/23/2013

---

**Subjective:**
  **CC:**
    1. Fuv per jaymi.
  **HPI:**
    General Complaints:
      Pt is here for FU. He has not been taking lantus because he felt frustrated from lack of improvement. He was injecting about 30 units before.
    Diabetes:
      Home Fasting Glucose: 250-300.
      *Last foot exam done (including today)
        Done(Including today):  *08/23/2013*
      *Last retinal camera
        Done:  *never*
  **ROS:**
    Neg for fever, chills, ha, cp, sob, tingling.
  **Medical History:** Diabetes uncontrolled, HTN, morbid Obesity, Headaches, Hyperlipidemia.
  **Surgical History:** appendix 1994.
  **Hospitalization/Major Diagnostic Procedure:** Pt denies .
  **Family History:**  Mother: alive Father: alive Son(s): alive 2 son(s) - healthy.
  **Social History:**
    no Tobacco use
      Status:  *Never smoker*
      Intervention done:  *08/23/2013*
    Smokeless Tobacco use
      Status  *never chewer*
      Intervention done:  *08/23/2013*
    Drug/Alcohol Use
      Date  *08/23/2013*
      Drinks per Week?  *0-7*
      Use of illegal or presciption drug for non-medical reasons in the past year?  *No*
      Marijauna use in the last year?  *No*
    Marital Status: single.
    Occupation: not currently working.
    Education: college.
    Housing: house, family. .
    Place of Birth: Colorado.
    Language: English.
  **Medications:** Metformin HCl 500 mg Tablet 2 tablet with meals Twice a day, Amitriptyline HCl 10 mg Tablet 1 tablet at bedtime Once a day, Lisinopril-Hydrochlorothiazide 20-25 MG Tablet 1 tablet Once a day, Medication List reviewed and reconciled with the patient

5B5A4593263841E98E1D, PENA, 7

**Allergies:** N.K.D.A.

**Objective:**
**Vitals:** Weight (lbs) 331 lb 0 oz, Height (in) 74.5, BP 132/88, Temp (F) 98.7, Pulse 86, RR 20, Pain Scale 0, BMI 41.92.
**Past Orders:**
**Examination:**
General Exam:
General Appearance: alert, NAD, well developed and well nourished.
HEENT: unremarkable.
Eyes: EOMI, PERRL.
Heart: regular rate and rhythm, normal S1, S2.
Lungs: unremarkable, normal respiratory effort.
Neurologic: grossly normal.
Skin: no lesions.

**Assessment:**
**Assessment:**
1. Diabetes mellitus type II - 250.00 (Primary), poorly controlled, pt needs higher dose of lantus, more frequent monitoring.
2. Hypertension - 401.9, stable
3. Hypertriglyceridemia - 272.1, has not been treated yet.
4. Headache - 784.0
5. Obesity - 278.00
6. Nonalcoholic hepatosteatosis - 571.8, his AST and ALT have been improving but may need RUQ US in the future.

**Plan:**
**1. Diabetes mellitus type II**
Start lantus nightly at 35 units and titrate.
**2. Hypertension**
continue your med as before, exercise.
**3. Hypertriglyceridemia** Start Gemfibrozil Tablet, 600 MG, 1 tablet, Orally, Twice a day, 30 day(s), 60, Refills 5 .
**4. Headache** Increase Amitriptyline HCl Tablet, 10 mg, 2 tablet at bedtime, Orally, Once a day, 30 day(s), 60, Refills 1 .
**Immunizations:**
**Labs:**
**Preventive:**

**Follow Up:** 1 Week, prn

**Provider:** Stefano H Lee, MD
**Patient:** Pena, Joseph  **DOB:** 08/28/1982  **Date:** 08/23/2013

5B5A4593263841E98E1D, PENA, 8

**Electronically signed by Stefano Lee , MD on 08/24/2013 at 08:08 AM MDT**
**Sign off status: Completed**



**Pena, Joseph**

30 Y old Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 720-375-5657
Guarantor: Pena, Joseph   Insurance: CICP Payer ID: Paper
PCP: Pradeep Dhar
Appointment Facility: Brighton Salud Medical

08/17/2013                                                    Beth A. Walker, PA

**Current Medications**
None

**Past Medical History**
Diabetes uncontrolled
HTN
morbid Obesity
Headaches
Hyperlipidemia

**Surgical History**
appendix 1994

**Social History**
no Tobacco use
  Status: *Never smoker*
  Intervention done: *08/17/2013*
Smokeless Tobacco use
  Status *never chewer*
  Intervention done: *08/17/2013*
Drug/Alcohol Use
  Date *08/17/2013*
  Drinks per Week? *0-7*
  Use of illegal or presciption drug for non-
  medical reasons in the past year? *No*
  Marijauna use in the last year? *No*
Marital Status: single.
Occupation: not currently working.
Education: college.
Housing: house, family.
Place of Birth: Colorado.
Language: English.

**Allergies**
N.K.D.A.

**Hospitalization/Major
Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
no other concerns per pt.

**Reason for Appointment**
1. Headaches

**History of Present Illness**
General Complaints:
    Pt states he hasn't been taking his BP or Diabetes medication for the past few months. States he has been having HA's for the past couple years. Pt states he did see someone in the past for his HA's (2005) states he was given some kind of pill to take when he got the HA but it didn't help. Pt states the HA is located Right parietal area, Pt states it is a pressure stabbing sensation, +N/V sometimes. Pt states after a while his head feels like it goes numb. Pt states he gets the HA's daily, some last a few hours to a couple days. Pt states the HA is worsened by everything, pt states he feels like he just wants to sleep when he has a HA. Pt states when he wakes up it feels worse. Pt states nothing makes it better. Pt states he has tried OTC meds with no relief.
    Pt is usually seen in CC Salud but his Aunt suggested he come here instead.

**Vital Signs**
Weight (lbs) 329 lb 0 oz, Height (in) 74.5, BP 148/98, Temp (F) 98.2, Pulse 100, RR 20, Pain Scale 10, BMI 41.67
recheck 150/100.

**Examination**
General Exam:
    General Appearance: alert and oriented x3, NAD, well developed and well nourished, morbidly obese.
    Eyes: PERRLA, EOMI, conjunctiva clear.
    Neck: supple, no lymphadenopathy, full range of motion.
    Heart: regular rate and rhythm, no murmurs.
    Lungs: clear to auscultation, no wheezes, rhonchi, rales.
    Neurologic: CN's II-XII grossly intact, reflexes normal, normal gait and station, normal rapidly alternating movements, normal finger to nose.

**Assessments**
1. Headache - 784.0 (Primary)
2. Hypertension - 401.9
3. Hypertriglyceridemia - 272.1
4. Diabetes mellitus type II - 250.00

---

5B5A4593263841E98E1D, PENA, 10

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 004

**Treatment**
**1. Headache**
Start Amitriptyline HCl Tablet, 10 mg, 1 tablet at bedtime, Orally, Once a day, 30 day(s), 30, Refills 1
Pt advised to follow up for a recheck to see if the medication is helping.

**2. Hypertension**
Start Lisinopril-Hydrochlorothiazide Tablet, 20-25 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 2
   LAB: COMP METABOLIC PANEL W/EGFR
      Soto,Jeffrey 8/17/2013 8:40:33 AM >

Pt advised to keep track of his BP, normal is 120/80. Encouraged to take his medications as prescribed, lose weight, exercise regularly and eat a low salt diet. Pt advised to avoid alcohol and caffiene as these may raise his BP.

**3. Hypertriglyceridemia**
   LAB: LIPID PANEL
      Soto,Jeffrey 8/17/2013 8:40:38 AM >

Pt encouraged to lose weight.

**4. Diabetes mellitus type II**
Start Metformin HCl Tablet, 500 mg, 2 tablet with meals, Orally, Twice a day, 30 day(s), 120, Refills 1
   LAB: HEMOGLOBIN A1C
      Soto,Jeffrey 8/17/2013 8:40:43 AM >

   LAB: MICROALBUMIN, RANDOM URINE
      Soto,Jeffrey 8/17/2013 8:40:49 AM >

Diagnostic Imaging:RETINAL CAMERA - IN HOUSE (Ordered for 08/17/2013)
Follow up appt with one of the physicians for Diabetes recheck and start of insulin Pt encouraged to exercise regularly and lose weight.

Referral To:Patient Health Advocate
      Reason:DM, obesity, HTN

**Preventive Medicine**
*Weight Management:
   Weight Assessment and Counseling
   (Adult) Weight management provided: *Yes*

**Procedure Codes**
80053 CICP-COMP METABOLIC PANEL W/EG
80061 CICP-LIPID PANEL
83036 CICP-HEMOGLOBIN A1C
LL001 CICP-Microalbumin, Random Urine (6517X)

---

**Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Beth A. Walker, PA   08/17/2013**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 11

99000 CICP-SPECIMEN HANDLING
36415 CICP-VENIPUNCT, ROUTINE*

**Follow Up**
1 Week (Reason: Diabetes check up)

**Electronically signed by Beth Walker , PA on 08/17/2013 at 11:56 AM MDT**

**Sign off status: Completed**

---

**Brighton Salud Medical**
**1860 Egbert Street**
**Brighton, CO 806012475**
**Tel: 303-659-4000**
**Fax: 303-655-4930**

---

**Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Beth A. Walker , PA   08/17/2013**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 12



**Pena, Joseph**
30 Y old  Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 720-375-5657
Guarantor: Pena, Joseph
PCP: Kelly N Gann
Appointment Facility: Commerce City Salud Medical

**02/26/2013**                                                                      **1 default provider**

### Current Medications
TRUEtest Test bid
Lancet Devices bid
TrueTrack Test true result meter bid
Metformin HCl 500 mg Tablet as directed bid
Aspir-81 81 MG Tablet Delayed Release 1
tablet Once a day, stop date 05/11/2013
Lisinopril-Hydrochlorothiazide 10-12.5 MG
Tablet 1 tablet Once a day
FreeStyle Lite Test --- Strip as directed bid
Lantus SoloStar 100 UNIT/ML Solution 10
units, titrate up or down by 2 units every
other day until fasting blood glucose is
between 100-120 QHS
Lovaza 1 GM Capsule 2 capsules Twice a day,
stop date 03/21/2014

### Past Medical History
N/a

### Social History
no Tobacco use
   Status: *Never smoker*
   Intervention done: *02/26/2013*
Marital Status: single.
Occupation: not currently working.
Education: college.
Housing: house, family.
Place of Birth: Colorado.
Language: English.

### Reason for Appointment
1. Injecting Insulin

### History of Present Illness

PHE:
   Injecting insulin/Oral meds
   "I have not started the Lantus or the Lovaza. Walgreens wanted
$1000 for both.
   Pt Rx Lantus is at Salud pharmacy pt to pay today.
   V/O Sonia Graber Have him buy Certified Mercury free omega 3
fish oil and have him take 3000MG per day.
   Pt agreed with this
   Telephone encounter to Kelly Gann Rx for truetest strips and
lancets.
   Date
      PHE Visit Date  *02/26/2013* ---
   PHE Name Jo Roman.
   Perceived Threat
      Perceived threat of chronic illness?  *W/O symptoms, personal
action isn't necessary* ---
   Self-Care Competence
      Perceived self-care competence?  *Self-care is important but too
hard* ---
   Medical Information Trust
      Who other than your healthcare team do you trust to give reliable
medical information?  *Family member* ---
   Describe Diagnosis
      Able to describe their main diagnosis?  *Needs verbal prompting -
--*
   Primary Need/Concern
      Primary self-reported need/concern today?  *Self-care
clarification* ---
   Secondary Need/Concern
      Secondary self-reported need/concern today  *Help with health
plan* ---
   Primary Barriers
      Primary barriers?  *N/A* ---
   BG Monitor
      BG monitor routine use?  *Not yet* ---
   Learning Preference
      Learning preference  *All above* ---

---

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: 1 default provider   02/26/2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 13

Resource Adoption
   Education & resources were adopted to fit patient's learning style and health needs? *Yes ---*
  Education Material Review
   Ed materials & resource options reviewed, printed & provided to patient *Yes ---*
  Self-Management Tools
   Self-management tools reviewed & handed to patient *Yes ---True result meter given*
  Health Plan
   Health plan developed in partnership with patient? *Yes ---*
  Health Plan Provision
   Health plan written, printed & provided to patient *Yes ---*
  Visit Summary
   Visit summary printed & provided to patient *Yes ---*
  Med Management
   In the last 2 weeks how often did you take your medication exactly as prescribed by your medical provider *Sometime ---*
  Daily Exercise
   Not counting your work day how many minutes of exercise (per day) have you done in the last 2 weeks *0 ---*
  Medical Provider Visits
   In the last 12 months how often have you seen your medical provider *Twice ---*

## Vital Signs
Weight (lbs) 341.3, Height (in) 74 1/2, BP 130/88, BMI 43.23.

## Assessments
1. Encounter for counseling - V65.40 (Primary)

## Preventive Medicine
PHE:
  Health Material
   Health material taught, printed, & provided to patient? *Yes ---BG log*
  Resources
   Resources discussed, printed, & provided to patient? *Yes ---Salud pharmacy*
  Recording Log
   Self-care recording log reviewed & handed to patient? *Yes ---*
  Health Plan
   Health plan decided, printed, & handed to patient for completion by next PHE visit? *Yes ---*
  Workshop Referral
   Referred to Salud SMA, FFC &/or PHE health living workshop? *N/A ---*
  Healthcare Referral
   Referred to? *Provider, Dental, Retinal Screen ---*
  Reminder
   Reminded to contact clinic as needed before next visit? *Agreed ---* Pt agrees to start Lantus at 10 units and add 2 units very bedtime until Fasting blood test is 100-120.

---

**Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: 1 default provider   02/26/2013**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 14

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 008

**Procedure Codes**
PHE40 PATIENT EDUCATION

**Follow Up**
1 Week

**Electronically signed by Kelly Gann , PA on 03/08/2013 at
07:56 AM MST**

**Sign off status: Completed**

**Commerce City Salud Medical**
**6255 North Quebec Parkway**
**Commerce City, CO 800224812**
**Tel: 303-286-8900**
**Fax: 303-227-6424**

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: 1 default provider   02/26/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 15



# Pena, Joseph

30 Y old  Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 720-375-5657
Guarantor: Pena, Joseph
PCP: Kelly N Gann
Appointment Facility: Commerce City Salud Medical

**Salud**
*Family Health Centers*
EXCELLENCE. EVERY PATIENT. EVERY TIME.

12/12/2012                                                                 Tillman Farley, MD

## Current Medications
TRUEtest Test bid
Lancet Devices bid
TrueTrack Test true result meter bid
Metformin HCl 500 mg Tablet as directed bid
GlyBURIDE 5 MG Tablet 1 tablet bid

## Past Medical History
N/a

## Reason for Appointment
1. RC

## Vital Signs
Height (in) 74 1/2, Vision (L) 20/25, Vision (R) 20/25, Vision (Both) 20/20.

## Examination
Retinal Screening:
    Retinal Photo:
        Was dilation needed? *No*
Retinal Camera Evaluation:
    Retinal Camera Evaluation:
        Is photo adequate? *yes, both eyes*
        Left Eye: *no sign of vitreous hemorrhage, IRMA, venous beading, intraretinal hemorrhage, neovascularization, lipid exudates or other abnormalities*
        Right Eye: *no sign of vitreous hemorrhage, IRMA, venous beading, intraretinal hemorrhage, neovascularization, lipid exudates or other abnormalities*
        Referral needed  *no*
        Next exam date due: *01/07/2014*

## Assessments
1. Diabetes mellitus type II - 250.00

## Treatment
**1. Diabetes mellitus type II**
Diagnostic Imaging:RETINAL CAMERA - IN HOUSE RC- No retinopathy noted, Tarango,Magdalena 12/12/2012 6:37:14 PM > ,Retinal Camera: Complete Farley,Tillman 1/8/2013 3:48:44 PM > Repeat in one year.

## Procedure Codes
92250 FUNDUS PHOTOGRAPHY WITH INTERPRETATION AND REPORT

## Follow Up
1 Year

---

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Tillman Farley, MD   12/12/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 16

**Electronically signed by Tillman Farley , MD on 01/08/2013 at 03:48 PM MST**

**Sign off status: Completed**

**Commerce City Salud Medical
6255 North Quebec Parkway
Commerce City, CO 800224812
Tel: 303-286-8900
Fax: 303-227-6424**

**Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Tillman Farley, MD   12/12/2012**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 17



**Pena, Joseph**

28 Y old Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 720-375-5657
Guarantor: Pena, Joseph
PCP: Frankie Cordova
Appointment Facility: Commerce City Salud Medical

05/31/2011                                                                          1 default provider

**Current Medications**
None

**Past Medical History**
N/a

**Reason for Appointment**
1. Oral Meds

**History of Present Illness**

Oral Medication and Injecting Insulin:
   "I have had lows 58 was the lowest . I haven't been eating any carbs at all."
   "I ate only a salad at 2pm and I am hungry all the time."
   BG 68
   "I don't have an Rx for strips and lancets.".
   PATIENT INFORMATION:  patient states they have: T1DMT2DM -, is patient currently pregnant?  No, referred by salud provider: *SEE NOTES Frankie Cordova, does patient have a glucose meter?  TRUE TRACK, does patient have meter supplies?  No, reason:  NEEDS PRESCRIPTION, was patient given a meter by pha: Yes, rx for supplies was: SENT TO API, accompanied by:  SPOUSE Sara. BELIEF SCALE: prevention of heart disease includes bg, b/p, cholesterols and weight: 3 I AGREE -, i always take my medications as my provider recommended: 3 I AGREE, i know the reason i'm taking each of my medications: 3 I AGREE, everyone needs insulin: 3 I AGREE, natural herbs, llervas and supplements are safer than medications: 1 I DISAGREE, there is a cure for diabetes in other countries  1 I DISAGREE. TEACHING AND UNDERSTANDING:  taught demonstration - injection preparation:  NOT APPLICABLE -, good return demonstration of injection preparation:  NOT APPLICABLE, taught demonstration - giving self injection:  NOT APPLICABLE, good return demonstration of giving self injection:  NOT APPLICABLE, taught importance of insulin; from pancreas or injectable:  YES, taught diabetes problems with pancreas & lack of insulin:  YES, taught insulin resistance and tired insulin beta cells:  YES, taught hyperglycemia is toxic to body; complications:  YES, taught hypoglycemia is quickly dangerous:  YES, taught to prevent hypoglycemia:  YES, taught to treat hypoglcyemia:  YES, taught insulin medication is injectable:  YES, taught for safety & control, test blood sugar regularly:  YES, taught to eat and takes meds. as prescribed:  YES, taught unusual exercise lowers blood sugar, unless ill:  YES, taught to tell provider if problems with meds:  YES, taught to ask pharmacist medication questions:  YES, taught sodium can increase b/p:  YES, taught problems with water retention:  YES, taught cholesterol problems often genetic:  YES, taught choosing healthy lifestyle behaviors may reduce meds:  YES, taught poor lifestyle

---

5B5A4593263841E98E1D, PENA, 18

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 012

behavior will cause more meds and disease: YES, taught to keep current list of meds on self: YES, taught to wear medic-alert: YES, taught to call pharmacy for refills 1 week early: YES, taught sick day guidance: YES. WHAT EXACTLY IS YOUR PLAN: -take Metformin w/begining of meals and Glyburide 15-30 min before.. HOW EXACTLY WILL YOU DO IT: -set up my pills so I take them like that. WHEN EXACTLY WILL YOU DO IT: -AM with breakfast and PM with dinner. YOUR CONFIDENCE LEVEL YOU'LL GET IT DONE: -, 4 I have no doubt. STEPS TO SUCCESS: handouts reviewed and given: SIGNS/SYMPTOMS/TREATMENT OF HYPOGLYCEMIA,FREE INSULIN ID TAG SEND AWAY FORM,PHA DEMO OF INSULIN INJECTION WITH PATIENT REPEAT DEMO,PHA MEDICATION LIST FORM -, significant barriers: FINANCIAL, referred to: PROVIDER,CLINIC SMA. PHA INFORMATION: -, PHA Name: Jo Roman.

    PHA gave him samples of glucose tabs
    briefly went over portions and carbs.
    Telephone encounter to Frankie Cordova for strips and lancets Truetest.

**Assessments**
1. Counseling, NOS - V65.40 (Primary)

**Procedure Codes**
PHA05 Oral Meds & Injecting Insulin

**Follow Up**
1 Week

**Electronically signed by Frankie Cordova , NP on 01/24/2012 at 08:50 AM MST**

**Sign off status: Completed**

---

**Commerce City Salud Medical**
**6255 North Quebec Parkway**
**Commerce City, CO 80022**
**Tel: 303-286-8900**
**Fax: 303-227-6424**

---

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: 1 default provider   05/31/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 19

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 013



**Pena, Joseph**

28 Y old  Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 303-319-3384
Guarantor: Pena, Joseph   Insurance: CICP Payer ID: Paper

---

05/14/2011                                                   Frankie Cordova, NP

### Current Medications
None

### Past Medical History
N/a

### Surgical History
appendix 1994

### Family History
Mother: alive
Father: alive
Son(s): alive
2 son(s) - healthy.

### Social History
no Tobacco use.
no Alcohol.
Marital Status: single.
Occupation: not currently working.
Education: college.
Housing: house, family.
Place of Birth: Colorado.
Language: English.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Reason for Appointment
1. Fuv

### History of Present Illness
Diabetes F/U:
    Home glucose levels: patient not checking blood sugars.  Patient has hypoglycemic awareness: yes, has hypoglycemic events, daily.  Medication side effects: none known.  Patient reports additional symptoms of: none.  Diet: remains the same.  Exercise: none.  Health Maintenance: Currently taking ACE/ARB No, Currently taking Aspirin No, Retinal Camera last 12 mos No, PHA consult last 12 mos No, Seasonal Flu shot up to date No, H1N1 up to date No.

### Vital Signs
Weight (lbs) 349, Height (in) 74 1/2, BP 130/90, Pain Scale 0, BMI 44.20.

### Examination
General Exam:
    General Appearance: alert and oriented x3, in no acute distress, well developed and well nourished, well groomed, well hydrated.  Eyes: normal, PERRLA, EOMI, red reflex bilaterrally, normal fundoscopic exam, conjunctiva clear.  Neck: normal, supple, no masses, no lymphadenopathy, no thyromegaly, no JVD.  Heart: regular rate and rhythm, normal S1, S2, no murmurs, no S3, S4, no clicks or rubs, normal PMI.  Lungs: normal, normal respiratory effort, clear to auscultation, no wheezes, rhonchi, rales, no crackles, no retractions, good air exchange.  Neurologic: grossly normal, CN's II-XII grossly intact, motor strength 5/5 all extremities.  Skin: normal, no lesions, no rashes, well perfused, warm and well perfused, no jaundice, no edema.  Musculoskeletal/Extremities: normal, no clubbing, no edema, normal range of motion, no rashes, no ulcerations, normal temperature, normal color, pulses normal, pulses equal bilaterally.
Diabetic Foot Exam:
    Inspection - Foot shape/morphology: normal appearing foot, bilateral.  Inspection - General Skin: skin well perfused and intact, normal temperature throughout, capillary refill less than 3 seconds.  Inspection - Ulcerations: absent, bilaterally.  Inspection - Calluses: absent, bilaterally.  Inspection - Toenails: normal without evidence of ingrown nail bilaterally, bilaterally.  Palpation - Pulses: dorsalis pedis pulses intact bilaterally, dorsalis pedis pulses are:.  Monofilament exam: normal perception bilaterally, normal perception.

---

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Frankie Cordova, NP   05/14/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

5B5A4593263841E98E1D, PENA, 20

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 014

**Assessments**
1. Hepatitis C - 070.70 (Primary)
2. Diabetes mellitus type II controlled - 250.00

**Treatment**
**1. Hepatitis C**
  LAB: HEPATITIS PANEL W/REFLEX
    Garcia,Omar 5/14/2011 10:12:40 AM >

**2. Others**
Start Metformin HCl Tablet, 500 mg, Orally, 60, as directed, bid, 30 day(s), Refills 11
Start GlyBURIDE Tablet, 5 MG, Orally, 60, 1 tablet, bid, 30 day(s), Refills 11

**Procedure Codes**
LL002 CICP-Hepatitis Panel W/Reflux (455F)
99000 CICP-SPECIMEN HANDLING
36415 CICP-VENIPUNCT, ROUTINE*

**Follow Up**
4 Weeks

**Electronically signed by Frankie Cordova on 05/14/2011 at 11:27 AM MDT**

**Sign off status: Completed**

**Commerce City Salud Medical**
**6255 North Quebec Parkway**
**Commerce City, CO 80022**
**Tel: 303-286-8900**
**Fax: 303-227-6424**

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Frankie Cordova, NP   05/14/2011

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 21


# Salud
## Family Health Centers
**EXCELLENCE. EVERY PATIENT. EVERY TIME.**

**Pena, Joseph**
28 Y old  Male, DOB: 08/28/1982
11468 Oswego St, Henderson, CO-80640
Home: 303-319-3384
Guarantor: Pena, Joseph   Insurance: CICP Payer ID: Paper

05/13/2011                                                            Frankie Cordova, NP

**Current Medications**
None

**Past Medical History**
N/a

**Surgical History**
appendix 1994

**Family History**
Mother: alive
Father: alive
Son(s): alive
2 son(s) - healthy.

**Social History**
no Tobacco use.
no Alcohol.
Marital Status: single.
Occupation: not currently working.
Education: college.
Housing: house, family.
Place of Birth: Colorado.
Language: English.

**Allergies**
N.K.D.A.

**Hospitalization/Major
Diagnostic Procedure**
Denies Past Hospitalization

**Reason for Appointment**
1. Diabetes check

**History of Present Illness**
Diabetes F/U:
    Home glucose levels: patient not checking blood sugars.  Patient
has hypoglycemic awareness: no, has not had any hypoglycemic
events.  Medication side effects: none known.  Patient reports
additional symptoms of: fatigue, dizziness, frequent urination.
Diet: remains the same.  Exercise: none.  Health
Maintenance: Currently taking ACE/ARB No, Currently taking Aspirin
No, Retinal Camera last 12 mos No, Ophtho exam last 12 mos No, PHA
consult last 12 mos No.

**Vital Signs**
Weight (lbs) 352.5, Height (in) 74.5, BP 120/80, Temp (F) 98.3, Pulse
64, RR 20, Pain Scale 0, BMI 44.65.

**Examination**
General Exam:
    General Appearance: alert and oriented x3, in no acute distress,
well developed and well nourished, well groomed, well hydrated.
Eyes: normal, PERRLA, EOMI, red reflex bilaterally, normal
fundoscopic exam, conjunctiva clear.  Neck: normal, supple, no masses,
no lymphadenopathy, no thyromegaly, no JVD. Heart: regular rate and
rhythm, normal S1, S2, no murmurs, no S3, S4, no clicks or rubs.
Lungs: normal, normal respiratory effort, clear to auscultation, no
wheezes, rhonchi, rales, no crackles, no retractions, good air exchange.
Neurologic: grossly normal, CN's II-XII grossly intact, motor strength
5/5 all extremities, generalized weakness. Skin: normal, no lesions, no
rashes, well perfused, warm and well perfused, no jaundice, no edema.
Musculoskeletal/Extremities: normal, no clubbing, no edema, normal
range of motion, no rashes, no ulcerations, normal temperature,
normal color, pulses normal, pulses equal bilaterally.
Diabetic Foot Exam:
    Inspection - Foot shape/morphology: normal appearing foot,
bilateral.  Inspection - General Skin: skin well perfused and intact,
normal temperature throughout, capillary refill less than 3 seconds.
Inspection - Ulcerations: absent, bilaterally.  Inspection -
Calluses: absent, bilaterally.  Inspection - Toenails: normal without
evidence of ingrown nail bilaterally, bilaterally.  Palpation -
Pulses: dorsalis pedis pulses intact bilaterally, dorsalis pedis pulses
are:.  Monofilament exam: normal perception bilaterally, normal

---

5B5A4593263841E98E1D, PENA, 22

EXHIBIT C - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 016

perception.

**Assessments**
1. Diabetes mellitus type II controlled - 250.00 (Primary)

**Treatment**
**1. Diabetes mellitus type II controlled**

    LAB: HEMOGLOBIN A1C

| | | |
|---|---|---|
| MEAN PLASMA GLUCOSE | 286 | - MG/DL |
| HEMOGLOBIN A1C | 10.2 | SEE BELOW - % H |

       Avila,Diana Med Asst 5/13/2011 8:54:47 AM >

    LAB: LIPID PANEL

| | | |
|---|---|---|
| CHOLESTEROL, SERUM | 249 | 125-200 - MG/DL H |
| LDL | 147 | SEE BELOW - MG/DL H |
| HDL CHOLESTEROL | 29 | >=40 - MG/DL L |
| CHOL/HDL RATIO | 8.6 | <=5.0 - RATIO H |
| TRIGLYCERIDES, SERUM | 366 | <150 - MG/DL H |

    LAB: COMP METABOLIC PANEL W/EGFR

| | | |
|---|---|---|
| ALBUMIN, SERUM | 4.5 | 3.6-5.1 - G/DL |
| ALKALINE PHOSPHATASE | 102 | 40-115 - U/L |
| BILIRUBIN, TOTAL | 0.8 | 0.2-1.2 - MG/DL |
| UREA NITROGEN, SERUM | 14 | 7-25 - MG/DL |
| CALCIUM, SERUM | 9.6 | 8.6-10.4 - MG/DL |
| CHLORIDE, SERUM | 98 | 98-110 - MMOL/L |
| CREATININE, SERUM | 0.85 | 0.80-1.30 - MG/DL |
| CARBON DIOXIDE | 24 | 18-31 - MMOL/L |
| POTASSIUM, SERUM | 4.3 | 3.5-5.3 - MMOL/L |
| PROTEIN, TOTAL SERUM | 7.9 | 6.2-8.3 - G/DL |
| A/G RATIO | 1.3 | 1.0-2.1 - RATIO |
| AST (SGOT) | 224 | 10-40 - U/L H |
| ALT (SGPT) | 282 | 9-60 - U/L H |
| SODIUM, SERUM | 135 | 135-146 - MMOL/L |
| GLOBULIN | 3.4 | 2.1-3.7 - G/DL |
| GLUCOSE | 252 | FASTING: 65-99 - MG/DL H |
| EGFR | 119 | >59 - ML/MIN/1.73M2 |
| BUN/CREATININE RATIO | 16.5 | 6-22 - RATIO |

    LAB: Urinalysis - In House

| | | |
|---|---|---|
| Color | brown | |
| Clarity | clr | |
| Glucose | neg | Neg - |
| Bilirubin | mod | Neg - |
| Ketone | trace | Neg - |
| Specific Gravity | 1.030 | 1.003 - 1.040 |
| Blood | trace | Neg - |
| pH | 5.0 | 5 - 9 |
| Protein | 30mg | Neg - |
| Urobilinogen | 0.2 | 0.2 - 1.0 |

---

**Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Frankie Cordova, NP   05/13/2011**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 23

| | | |
|---|---|---|
| Nitrite | neg | Neg - |
| Leukocytes | neg | Neg - |

Garcia,Omar 5/13/2011 9:20:04 AM >

**Preventive Medicine**
Screening / Special Tests: Lipid Profile .

**Procedure Codes**
83036 CICP-HEMOGLOBIN A1C
80061 CICP-LIPID PANEL
80053 CICP-COMP METABOLIC PANEL W/EG
81003 CICP-URINALYSIS, AUTO, W/O SCOPE
99000 CICP-SPECIMEN HANDLING
36415 CICP-VENIPUNCT, ROUTINE*

**Follow Up**
2 - 3 Days

**Electronically signed by Frankie Cordova on 05/14/2011 at 07:58 AM MDT**

**Sign off status: Completed**

---

**Commerce City Salud Medical**
**6255 North Quebec Parkway**
**Commerce City, CO 80022**
**Tel: 303-286-8900**
**Fax: 303-227-6424**

---

Patient: Pena, Joseph   DOB: 08/28/1982   Progress Note: Frankie Cordova, NP   05/13/2011

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

5B5A4593263841E98E1D, PENA, 24


**Family Health Centers**

## Financial Policy

Thank you for choosing SALUD Family Health Center as your health care home. Please understand that payment for services provided to you and your family are part of your patient responsibilities. Collecting our co-pays provides SALUD with the needed financial resources to continue providing quality health care to you and your family. The following is SALUD's Financial Policy which we require that you read and sign prior to treatment.

### PAYMENT IS EXPECTED PRIOR TO SERVICES

**Sliding Fee Schedule**
**SALUD** offers a sliding fee plan to allow patients to receive health care services at an affordable fee. Your fee is determined by the income and size of your family. The sliding fee schedule is based on the United States Department of Health and Human Services Guidelines.

**Payment for Services**
**Payment is required prior to all healthcare services being rendered.** Salud does not restrict services based on your ability to pay, but your ability to pay is determined by your sliding fee scale rating. If payment is not received prior to services being rendered, your appointment will be rescheduled, unless it is determined that you require urgent care.

In addition, any patient with a past due balance will be required to consult with Salud's Business Manager to set up a payment plan to pay off the past due amount.

Patients that refuse to accept their financial responsibility of paying their co-pay may be asked to seek another medical home.

*SALUD accepts cash, checks or Visa, MasterCard or Discover Card.*

**Insurance**
It is your responsibility to provide SALUD with current insurance information. **SALUD** may accept assignment of benefits; however, we do require that you pay any co-payments prior to services being rendered. **SALUD** will apply the sliding fee scale discount, if applicable, to any deductible or fees dues after insurance reimbursement.

All charges are your responsibility. As a courtesy to you **SALUD** will submit claims to your insurance company. However, if your insurance company reduces the amount or denies the claim for any reason, the balance of the claim will be your responsibility. Your insurance policy is a contract between you and your insurance company. **SALUD** is not a party to that contract. If your insurance has not paid your account within 60 days, or if there are services your insurance will not cover, the balance will by your responsibility. Co-payments are due prior to services being rendered with insurance plans in which **SALUD** is a participating provider. If **SALUD** is not a participating provider with your insurance plan you are responsible for full payment, the sliding fee scale will not be applied.

**Usual and Customary Rates**
**SALUD** is committed to providing the best treatment for our patients and our charges are based on usual and customary rates in the area. You are responsible for payment regardless of any insurance company's arbitrary determination of usual and customary rates.

**Assignment of Benefits**
I request payment of insurance benefits to Plan de Salud del Valle, Inc. (Salud Family Health Center). I understand that I am financially responsible for all charges not covered by insurance. I acknowledge responsibility to provide SALUD with current patient and insurance information. I hereby authorize the release of any medical information necessary to process all claims.
I have read the Financial Policy and I understand and agree with this financial policy.

Signature of Patient or Responsible Party                 Date  8/17/13

Witness:                                          Date: Aug. 17, 2013

Revision: 05/08/2011

5B5A4593263841E98E1D, PENA, 25



## ⓈⓈ Salud
### *Family Health Centers*

### Consent for Medical, Behavioral Health, and Dental Treatment

I, the undersigned, give consent to **Salud Family Health Center, Inc.** (**SALUD**) to provide medical, behavioral health, and dental services to me and my family members to whom I am the parent or guardian listed below. I understand that this authorization applies to all routine health maintenance services and to all services available for acute and chronic medical, behavioral, and dental conditions. Furthermore, I acknowledge that no guarantees have been made to me as a result of treatment through **SALUD**.

The services authorized by this consent include those provided under the auspices of **SALUD** by, but not limited to: Medical staff including physicians, nurse practitioners, physician assistants, nurses, health educators, medical technologists, and medical assistants; Dental staff including dentists, dental hygienists, and dental assistants; and Behavioral Health Staff including licensed psychologists, social workers, counselors, and registered psychotherapists. I further consent to treatment by health professionals-in-training, which are under the supervision of responsible health professionals employed by **SALUD**.

I understand that **SALUD** will keep my protected health information confidential as directed by law. However, I understand that Salud providers may be required to report to authorities if they have reasonable cause to believe that child abuse or neglect has occurred or is occurring, or if they believe, in good faith, that disclosure is necessary to prevent or lessen a serious and imminent threat to the health or safety of me or another person. I understand that **SALUD** has contracts and agreements with the State of Colorado which allows for certain sharing of clinical and financial information. These programs include, but are not limited to, the Colorado Indigent Care Program, Women's Wellness Connection, Colorado Migrant Health Program, Susan Komen Program, and the State Infectious Disease Control Program. If you receive a prescription for a controlled substance (narcotic drug) from our office and fill that prescription at a pharmacy in Colorado, certain identifying prescription information, including the name of the patient, will be entered into a secure database maintained by Colorado's Prescription Drug Monitoring Program.

| <u>Name</u> | <u>Relationship to Signer</u> | <u>Birth Date</u> | <u>Social Security Number</u> |
|---|---|---|---|
| Joseph Pena | Self | 8/28/82 | 573356498 |
| | | | |
| | | | |
| | | | |

Signature of Patient/Parent or Guardian                    Date 8/17/13

Witness: _____

Revised 1-2013

5B5A4593263841E98E1D, PENA, 26



## No Show and Late Appointment Policy

Salud Family Health Centers expects that you will make every effort to attend all scheduled appointments for any appointment type including medical, dental and behavioral health. As a policy, Salud requires that after three no showed appointments during a 12 month period, you will no longer be able to make appointments by phone. You will be required to come in and make your appointments in person and pay in advance any copay that is required for a period of one year.

During this 12 month period, if you No Show for your appointment the pre-payment is non-refundable up to a maximum of $50.

Appointments are considered to be no showed when clients:
- Do not attend their scheduled appointment
- Do not call and cancel their appointment at least 24 hours in advance during normal business hours
- Are more than 15 minutes late for their scheduled appointment

Please sign and date below acknowledging that you have read and understand this policy:

Signature                                                                                        Date   8/17/13

### Política de Asistencia y Puntualidad en sus citas

Salud Family Health Centers espera que usted hará un esfuerzo para asistir a todas su citas, ya sean médicas, dentales y de salud mental. Como política, SALUD requiere que después de tres citas no asistidas durante un periodo de 12 meses, usted no podrá programar citas por teléfono. Se requerirá que usted venga directamente en persona a la clínica para programar sus citas, además tendrá que realizar el co-pago de sus citas por adelantado por un periodo de un año.

Durante este periodo de 12 meses, si usted no asiste a sus citas, una cantidad máxima de $50 de sus prepagos correspondientes no serán reembolsables.

Las citas son consideradas como no asistidas cuando los pacientes:
- No asisten a sus citas previamente programadas
- No llaman para cancelar sus citas con por lo menos 24 horas de anticipación durante nuestros horarios normales
- Llegan más de 15 minutos tarde de la hora que su cita fue programada

Por favor firme y ponga fecha abajo reconociendo que usted ha leído y entendido esta política:

Firma                                                                                          Fecha

Operations Department Rev 07/15/2013

5B5A4593263841E98E1D, PENA, 27



**Salud**
*Family Health Centers*

HIPAA

We may change our Joint Notice of Privacy Practices in the future. Such changes will apply to your health information that we created or received before the effective date of the change. We will notify you of any changes to our Joint Notice of Privacy Practices by posting the changed notice at our community health center and on our web site.

**I authorize Salud Family Health Centers to contact me in the following manner (check all that apply):**
Contact Consent may be revoked in writing at any time and all future disclosures will cease.

☐ **HOME TELEPHONE** 720 375 5657

_____ (initials) OK to leave message on machine with detailed message **and** callback number

OR

_____ (initials) OK to leave message with callback number **only**

_____ (initials) OK to leave message with family member (Who? _____ )

☐ **WORK TELEPHONE** _____

_____ (initials) OK to leave message with callback number **only**

☐ **CELLULAR TELEPHONE** _____

_____ (initials) OK to leave message on voicemail with detailed message **and** callback number

OR

_____ (initials) OK to leave message with callback number only

### ACKNOWLEDGMENT OF RECEIPT OF JOINT NOTICE OF PRIVACY PRACTICES

I, _Joe Pena_, acknowledge receiving and reading a complete copy of the Joint Notice of Privacy Practices of Salud Family Health Center and North Range Behavioral Health on this _17_ day of _Aug_, 20_15_ I further acknowledge that, as of today's date, I have no questions regarding the Joint Notice of Privacy Practices.

_____
Signature of Patient

_____
Signature of Staff

Joseph Pena
Printed Name of Patient

_____
Printed Name of Staff

11468 Oswego St
Address of Patient

Effective Date: 09/01/2011
Revision Date: 01/30/2013

5B5A4593263841E98E1D, PENA, 28



Jul 01, 2020 16:30 PM

Salud Family Health Centers
203 South Rollie Ave., CO-80621
303-892-6401

Pena , Joseph, M, 08/28/1982

720-375-5657

# CUMULATIVE REPORT

## COMP METABOLIC PANEL W/EGFR

| COLLECTION DATE | 08/17/2013 | 12/12/2012 | 05/13/2011 |
|---|---|---|---|
| Order Date | 08/17/2013 | 12/12/2012 | 05/13/2011 |
| Result Date | 08/20/2013 | 12/13/2012 | 05/14/2011 |
| Ordering Physician | Walker, Beth | Gann, Kelly | Frankie ~Cordova |
| ALBUMIN, SERUM | 4.8<br>(3.6-5.1 G/DL) | 4.7<br>(3.6-5.1 G/DL) | 4.5<br>(3.6-5.1 G/DL) |
| ALKALINE PHOSPHATASE | 97<br>(40-115 U/L) | 132 H<br>(40-115 U/L) | 102<br>(40-115 U/L) |
| BILIRUBIN, TOTAL | 1.0<br>(0.2-1.2 MG/DL) | 0.6<br>(0.2-1.2 MG/DL) | 0.8<br>(0.2-1.2 MG/DL) |
| CREATININE, SERUM | 0.88<br>(0.60-1.35 MG/DL) | 0.80<br>(0.60-1.35 MG/DL) | 0.85<br>(0.80-1.30 MG/DL) |
| UREA NITROGEN, SERUM | 14<br>(7-25 MG/DL) | 13<br>(7-25 MG/DL) | 14<br>(7-25 MG/DL) |
| CALCIUM, SERUM | 9.8<br>(8.6-10.4 MG/DL) | 9.8<br>(8.6-10.4 MG/DL) | 9.6<br>(8.6-10.4 MG/DL) |
| CHLORIDE, SERUM | 97 L<br>(98-110 MMOL/L) | 95 L<br>(98-110 MMOL/L) | 98<br>(98-110 MMOL/L) |
| POTASSIUM, SERUM | 4.7<br>(3.5-5.3 MMOL/L) | 4.5<br>(3.5-5.3 MMOL/L) | 4.3<br>(3.5-5.3 MMOL/L) |
| PROTEIN, TOTAL SERUM | 8.1<br>(6.1-8.1 G/DL) | 8.3 H<br>(6.1-8.1 G/DL) | 7.9<br>(6.2-8.3 G/DL) |
| CARBON DIOXIDE | 26<br>(18-31 MMOL/L) | 26<br>(18-31 MMOL/L) | 24<br>(18-31 MMOL/L) |
| A/G RATIO | 1.5<br>(1.0-2.5 RATIO) | 1.3<br>(1.0-2.5 RATIO) | 1.3<br>(1.0-2.1 RATIO) |
| AST (SGOT) | 86 H<br>(10-40 U/L) | 205 H<br>(10-40 U/L) | 224 H<br>(10-40 U/L) |
| ALT (SGPT) | 181 H<br>(9-46 U/L) | 327 H<br>(9-60 U/L) | 282 H<br>(9-60 U/L) |
| SODIUM, SERUM | 133 L<br>(135-146 MMOL/L) | 135<br>(135-146 MMOL/L) | 135<br>(135-146 MMOL/L) |
| GLOBULIN | 3.3<br>(1.9-3.7 G/DL) | 3.3<br>(1.9-3.7 G/DL) | 3.4<br>(2.1-3.7 G/DL) |
| GLUCOSE | 282 H<br>(FASTING: 65-99 MG/DL) | 293 H<br>(FASTING: 65-99 MG/DL) | 252 H<br>(FASTING: 65-99 MG/DL) |
| EGFR | 115<br>(>59 ML/MIN/1.73M2) | 120<br>(>59 ML/MIN/1.73M2) | 119<br>(>59 ML/MIN/1.73M2) |
| BUN/CREATININE RATIO | 15.9<br>(6-22 RATIO) | 16.3<br>(6-22 RATIO) | 16.5<br>(6-22 RATIO) |

## ~Microalbumin, Random Urine w Creatinie

| COLLECTION DATE | 08/17/2013 | 12/12/2012 |
|---|---|---|
| Order Date | 08/17/2013 | 12/12/2012 |
| Result Date | 08/20/2013 | 12/13/2012 |
| Ordering Physician | Walker, Beth | Gann, Kelly |
| ALBUMIN/CREAT RATIO | 32.4 H<br>(<30 MCG/MG CREAT) | 76.7 H<br>(<30 MCG/MG CREAT) |

## HEMOGLOBIN A1C

| COLLECTION DATE | 08/17/2013 | 12/12/2012 | 05/13/2011 |
|---|---|---|---|
| Order Date | 08/17/2013 | 12/12/2012 | 05/13/2011 |
| Result Date | 08/20/2013 | 12/13/2012 | 05/14/2011 |
| Ordering Physician | Walker, Beth | Gann, Kelly | Frankie ~Cordova |
| MEAN PLASMA GLUCOSE | NR | NR | 286<br>( MG/DL) |

Pena , Joseph, M, 08/28/1982

5B5A4593263841E98E1D, PENA, 30

| COLLECTION DATE | 08/17/2013 | 12/12/2012 | 05/13/2011 |
|---|---|---|---|
| HEMOGLOBIN A1C | 13.2 H<br>(SEE BELOW %) | 10.7 H<br>(SEE BELOW %) | 10.2 H<br>(SEE BELOW %) |

## LIPID PANEL

| COLLECTION DATE | 08/17/2013 | 12/12/2012 | 05/13/2011 |
|---|---|---|---|
| Order Date | 08/17/2013 | 12/12/2012 | 05/13/2011 |
| Result Date | 08/20/2013 | 12/13/2012 | 05/14/2011 |
| Ordering Physician | Walker, Beth | Gann, Kelly | Frankie ~Cordova |
| CHOLESTEROL, SERUM | 242 H<br>(125-200 MG/DL) | 239 H<br>(125-200 MG/DL) | 249 H<br>(125-200 MG/DL) |
| LDL | 148 H<br>(<130 MG/DL) | 140 H<br>(<130 MG/DL) | 147 H<br>(SEE BELOW MG/DL) |
| HDL CHOLESTEROL | 28 L<br>(>=40 MG/DL) | 24 L<br>(>=40 MG/DL) | 28 L<br>(>=40 MG/DL) |
| CHOL/HDL RATIO | 8.6 H<br>(<=5.0 RATIO) | 10.0 H<br>(<=5.0 RATIO) | 8.8 H<br>(<=5.0 RATIO) |
| TRIGLYCERIDES, SERUM | 331 H<br>(<150 MG/DL) | 376 H<br>(<150 MG/DL) | 366 H<br>(<150 MG/DL) |

## ~GGTP

| COLLECTION DATE | 12/26/2012 |
|---|---|
| Order Date | 12/26/2012 |
| Result Date | 12/28/2012 |
| Ordering Physician | Gann, Kelly |
| GGTP | 78<br>(3-90 U/L) |

## HEPATITIS PANEL W/REFLEX

| COLLECTION DATE | 12/26/2012 | 05/14/2011 |
|---|---|---|
| Order Date | 12/26/2012 | 05/14/2011 |
| Result Date | 12/28/2012 | 05/16/2011 |
| Ordering Physician | Gann, Kelly | Cordova, Frankie |
| SIGNAL TO CUTOFF | 0.03<br>(<1.00 ) | 0.05<br>(<1.00 ) |
| HEP C AB | NON-REACTIVE<br>(NON-REACTIVE ) | NON-REACTIVE<br>(NON-REACTIVE ) |
| HEP B CORE AB | NON-REACTIVE<br>(NON-REACTIVE ) | NON-REACTIVE<br>(NON-REACTIVE ) |
| HEP A AB, TOTAL W/REFLEX | NON-REACTIVE<br>(NON-REACTIVE ) | NON-REACTIVE<br>(NON-REACTIVE ) |
| HEP B S AB | <5 L<br>(>=10 MIU/ML) | <5 L<br>(>=10 MIU/ML) |
| HEP B S AG W/REFLEX | NON-REACTIVE<br>(NON-REACTIVE ) | NON-REACTIVE<br>(NON-REACTIVE ) |

## Urinalysis - In House

| COLLECTION DATE | 05/13/2011 |
|---|---|
| Order Date | 05/13/2011 |
| Result Date | 05/13/2011 |
| Ordering Physician | Frankie ~Cordova |
| Color | brown |
| Clarity | clr |
| Glucose | neg<br>(Neg - ) |
| Bilirubin | mod<br>(Neg - ) |
| Ketone | trace<br>(Neg - ) |
| Specific Gravity | 1.030<br>(1.003 - 1.040 ) |
| Blood | trace<br>(Neg - ) |
| pH | 5.0<br>(5 - 9 ) |
| Protein | 30mg<br>(Neg - ) |

Pena , Joseph, M, 08/28/1982

5B5A4593263841E98E1D, PENA, 31

| COLLECTION DATE | 05/13/2011 |
| --- | --- |
| Urobilinogen | 0.2 <br> (0.2 - 1.0 ) |
| Nitrite | neg <br> (Neg - ) |
| Leukocytes | neg <br> (Neg - ) |

Pena , Joseph, M, 08/28/1982