[Progress Note] [Joseph Pena] [71832]                    [Date Printed:7/14/2020] Page 1 of 3

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Joseph Pena | **Visit Date:** | February 15, 2016 |
| **Patient ID:** | 71832 | **Provider:** | Seth Kramer, DO |
| **Sex:** | Male | **Location:** | Eagle Ridge Medical |
| **Birthdate:** | August 28, 1982 | **Location Address:** | 1606 Prairie Center Pkwy Ste 240 Brighton, CO  806014006 |
| | | **Location Phone:** | 303-659-1152 |

## Chief Complaint

- Routine diabetic maintenance visit

## History Of Present Illness

The patient is a 33 year old Other Race, Hispanic or Latino male presenting for follow up visit.
Is currently uncontrolled with last A1c: 11.4% on 1/20/16
He confirms experiencing symptoms of fatigue and headaches; when BG is high
BG monitoring: 4-5 times a day
Feels low BG at: 102. no events

DM MEDS: Contour Next Strips miscellaneous strip, Contour Next USB Meter miscellaneous misc, Humalog KwikPen 100 unit/mL subcutaneous insulin pen, Lantus Solostar 100 unit/mL (3 mL) subcutaneous insulin pen, OneTouch Delica Lancets 30 gauge miscellaneous misc, and ReliOn Pen Needles 32 gauge x 5/32" miscellaneous needle
Last eye exam: 2013
Last dental exam: due
Lipids: atorvastatin 20 mg oral tablet
URINE MICROALBUMIN: 30-300 MG (MODERATELY INCREASED) on 01/20/2016
BLOOD PRESURE: 130/80 on following medications lisinopril 10mg

**OTHER COMORBIDITIES**
High cholesterol and Hypertension, Benign Essential

Blood sugars are coming down nicely with start of insulin.  Lantus titrated up to 20 units based on instructions.
Starting tonight at this new dose.
Continues to use humalog at meals 5 units AC TID + 1:50>150.

No lows

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| atorvastatin 20 mg oral tablet | 01/29/2016 | take 1 tablet (20 mg) by oral route once daily |
| Contour Next Strips miscellaneous strip | 01/27/2016 | use to test blood sugar before each meal and at bedtime. DX: E11.65. TDD: 50 units. |
| Contour Next USB Meter miscellaneous misc | | use to test blood sugar before each meals and at bedtime. DX: E11.65 TDD: 50 units |
| Humalog KwikPen 100 unit/mL subcutaneous insulin pen | 01/20/2016 | inject by subcutaneous route prior to meals. Dx E11.65 TDD 30u |
| Lantus Solostar 100 unit/mL (3 mL) subcutaneous insulin pen | 01/20/2016 | inject by subcutaneous route at bedtime. Dx E11.65 TDD 20 |
| lisinopril 10 mg oral tablet | 01/20/2016 | take 1 tablet (10 mg) by oral route once daily for high blood pressure |
| OneTouch Delica Lancets 30 gauge miscellaneous misc | | Use as directed to test blood sugar before meals and at bedtime. DX: E11.64 TDD: 50 units |
| ReliOn Pen Needles 32 gauge x 5/32" miscellaneous needle | 01/27/2016 | use as directed with insulin pens to admin. DX: E11.65 TDD: 50 units |

[Digital Signature Validated]

EXHIBIT D - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 001

[Progress Note] [Joseph Pena] [71832]                    [Date Printed:7/14/2020] Page 2 of 3

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Review of Systems

**Constitutional**
- o **Denies** : fever, chills

**Eyes**
- o **Denies** : blurred vision, decreasing vision

**Cardiovascular**
- o **Denies** : chest pain, palpitations, dyspnea on exertion

**Respiratory**
- o **Denies** : shortness of breath, cough

**Gastrointestinal**
- o **Denies** : nausea, vomiting, diarrhea, constipation

**Neurologic**
- o **Denies** : tingling or numbness

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2016 | 04:13 PM | 130/80 | Sitting | | | | 114 - R | 15 | 97.2 | 312lbs 2oz | 6' 3" | 39.01 | 2.74 | 94 % | |

## Physical Examination

**Constitutional**
- o **Appearance** : well-nourished, well developed, alert, in no acute distress

**Eyes**
- o **Conjunctivae** : conjunctivae normal
- o **Sclerae** : sclerae white

**Ears, Nose, Mouth and Throat**
- o **Throat** : No tonsilar enlargment. No oral ulcers or lesions.

**Neck**
- o **Inspection/Palpation** : normal appearance, no masses or tenderness, trachea midline

**Respiratory**
- o **Respiratory Effort** : breathing unlabored
- o **Inspection of Chest** : normal appearance, no retractions
- o **Auscultation of Lungs** : normal breath sounds throughout

**Cardiovascular**
- o **Heart** :
  - ■ **Auscultation of Heart** : regular rate and rhythm, no murmurs, gallops or rubs
- o **Peripheral Vascular System** :
  - ■ **Carotid Arteries** : normal pulses bilaterally, no bruits present
  - ■ **Pedal Pulses** : pulses 2 bilaterally
  - ■ **Extremities** : no edema

**Lymphatic**
- o **Neck** : no lymphadenopathy present

**Skin and Subcutaneous Tissue**
- o **General Inspection** : no rashes or lesions present, no areas of discoloration
- o **General Palpation** : no skin or subcutaneous tissue masses present, no tenderness to palpation, skin turgor normal

**Psychiatric**
- o **Judgment and Insight** : judgment and insight intact
- o **Mood and Affect** : mood normal, affect appropriate

## Assessment

[Digital Signature Validated]

[Progress Note] [Joseph Pena] [71832]                    [Date Printed:7/14/2020] Page 3 of 3

- Diabetes mellitus with hyperglycemia     250.00/E11.65
  blood sugars are coming down and symptoms of hyperglycemia are resolving
  - Lantus 20 u qHS titrating to 90-130 fasting.
  - Humalog 5 units AC TID + 1:50>150. Will see him on f/u and titrate based on meal time sugars.
  - needs dental and eye exam
  - educated on proper admin, rotation of location, and hypoglycemia.
- Long term (current) use of insulin     V58.67/Z79.4

## Plan
**Orders**
- Hemoglobin A1C (HA1C) - Lavender (PV) (83036) - 250.00/E11.65 - 05/15/2016

**Medications**
- atorvastatin 20 mg oral tablet
  SIG: take 1 tablet (20 mg) by oral route once daily
  DISP: (90) tablets with 3 refills
  **Adjusted on 02/15/2016**

**Instructions**
- BLOOD SUGAR GOALS: Before meals = 90-130 mg/dL. 2 hrs after meals = < 180 mg/dL
- Enroll in the FREE American Diabetes Association's "Living With Type 2 Diabetes" program - See more at:
  http://www.diabetes.org/living-with-diabetes/recently-diagnosed
- EXERCISE: 150 minutes/week spread over several days. Start with 10 minutes and work your way up!. Any physical activity
  will help lower your blood sugar level and help you feel better
- DUE ANNUALLY: A1C (every 3-6 months), fasting lipid panel, urine microalbumin, urinalysis, dilated eye exam, dental exam,
  flu vaccine
- FOODS TO LOWER YOUR CHOLESTEROL - oatmeal/high fiber foods, fish and omega-3 fatty acids (salmon/tuna),
  walnuts/almonds (small amount given carbohydrates), avocados, olive oil (max 2 Tbsp/day), whey protein
- PLEASE COMPLETE A1C LAB PRIOR TO VISIT IN APRIL, 1 WEEK PRIOR

**Electronically Signed by:** Seth Kramer, DO -Author on February 25, 2016 08:20:19 AM

[Digital Signature Validated]

[Progress Note] [Joseph Pena] [71832]　　　　　　　　　　　　[Date Printed:7/14/2020] Page 1 of 5

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Joseph Pena | **Visit Date:** | January 20, 2016 |
| **Patient ID:** | 71832 | **Provider:** | Seth Kramer, DO |
| **Sex:** | Male | **Location:** | Eagle Ridge Medical |
| **Birthdate:** | August 28, 1982 | **Location Address:** | 1606 Prairie Center Pkwy Ste 240 Brighton, CO  806014006 |
| | | **Location Phone:** | 303-659-1152 |

## Chief Complaint

- New diabetes visit

## History Of Present Illness

The patient is a 33 year old Other Race, Hispanic or Latino male presenting for initial visit
Dx with DM Type II : 2012. Is currently uncontrolled
Last A1c: due
DM complications: none OTHER
Co-morbidities: elevated BP.
Last eye exam: due
Last dental exam: due

DM MEDS:
stopped metformin and lantus
Past medications: Metformin 500mg, Lantus

Feels low BG at: BG. none

BG monitoring: doesn't check

Lipids: no medications

URINE MICROALBUMIN: no recent lab on due

BLOOD PRESURE: 140/110 on following medications None

He has not been experiencing symptoms of polydipsia and polyuria

CURRENT PATIENT GOALS FOR DIABETES: wants to bring the sugar down.


HTN - blood pressure elevated today.  Does not take any medication.  Asymptomatic.  No vision changes, CP, SOB, headaches.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Diabetes - Type II | 2012 | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Appendectomy | 12 years old | -- |
| TONSILS | childhood | 01/20/2016 - shaved tonsils |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| OneTouch Delica Lancets 30 gauge miscellaneous misc | | Use as directed to test blood sugar before meals and at bedtime. DX: E11.64 TDD: 50 units |

[Digital Signature Validated]

EXHIBIT D - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 004

[Progress Note] [Joseph Pena] [71832]                          [Date Printed:7/14/2020] Page 2 of 5

| | |
|---|---|
| OneTouch Ultra Test miscellaneous strip | use to test blood sugar before meals and at bedtime. DX: E11.65 TDD: 50 units |
| OneTouch UltraMini miscellaneous kit | use to test blood sugar before meals and at bedtime. DX: E11.65 TDD: 50 units |
| ReliOn Pen Needles 32 gauge x 5/32" miscellaneous needle | use as directed with insulin pens to admin. DX: E11.65 TDD: 50 units |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Diabetes Mellitus, Type II | / Mother/ | -- |
| Heart attack / heart disease | / Mother/ | -- |
| High Blood Pressure | / Mother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |
| Denies illicit substance abuse | -- | --/-- | -- | -- |
| Tobacco | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- **Denies** : fever, chills, night sweats

**HENT**
- **Denies** : headaches, nasal discharge, hearing loss / change in hearing

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, lower extremity edema

**Respiratory**
- **Denies** : shortness of breath, wheezing, cough

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Integument**
- **Denies** : rash, new skin lesions

**Neurologic**
- **Denies** : muscular weakness, tingling or numbness, seizures

**Musculoskeletal**
- **Denies** : joint pain, joint swelling

**Endocrine**
- **Admits** : polyuria, polydipsia
- **Denies** : cold intolerance, heat intolerance

**Psychiatric**
- **Denies** : anxiety, depression

**Allergic-Immunologic**
- **Denies** : sinus allergy

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

[Digital Signature Validated]

[Progress Note] [Joseph Pena] [71832]                    [Date Printed:7/14/2020] Page 3 of 5

01/20/2016  01:27 PM  140/110  Sitting                      109 - R    15    96.1        313lbs 8oz 6' 3"        39.18    2.74    92 %

## Physical Examination
**Constitutional**
- o **Appearance** : Overweight, well developed, alert, in no acute distress

**Head and Face**
- o **Head** : Atraumatic, normocephalic.

**Eyes**
- o **Conjunctivae** : conjunctivae normal
- o **Sclerae** : sclerae white
- o **Pupils and Irises** : pupils equal, round, and reactive to light and accommodation bilaterally

**Ears, Nose, Mouth and Throat**
- o **Oral Cavity** :
  - ▪ **Oral Mucosa** : oral mucosa normal
  - ▪ **Teeth** : normal dentition without dental caries
  - ▪ **Gums** : no ulcers or lesions.
- o **Throat** : No tonsilar enlargment. No oral ulcers or lesions.

**Neck**
- o **Inspection/Palpation** : normal appearance, no masses or tenderness
- o **Range of Motion** : cervical range of motion within normal limits
- o **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Respiratory**
- o **Respiratory Effort** : breathing unlabored
- o **Inspection of Chest** : normal appearance, no retractions
- o **Auscultation of Lungs** : normal breath sounds throughout. Without wheezing or crackles.

**Cardiovascular**
- o **Heart** :
  - ▪ **Auscultation of Heart** : regular rate and rhythm, no murmurs or rubs
- o **Peripheral Vascular System** :
  - ▪ **Carotid Arteries** : normal pulses bilaterally
  - ▪ **Pedal Pulses** : pulses 2 bilaterally
  - ▪ **Extremities** : no edema

**Lymphatic**
- o **Neck** : no lymphadenopathy present
- o **Supraclavicular Nodes** : no supraclavicular nodes
- o **Preauricular Nodes** : no preauricular nodes present

**Musculoskeletal**
- o **Spine** :
  - ▪ **Inspection/Palpation** : no spinal tenderness, scoliosis or kyphosis present
  - ▪ **Muscle Strength/Tone** : strength fully intact without. No muscle atrophy.

**Skin and Subcutaneous Tissue**
- o **General Inspection** : no rashes or lesions present, no areas of discoloration
- o **General Palpation** : No induration or nodules palpated

**Neurologic**
- o **Mental Status Examination** : Alert and Oriented to person, place, and date.
- o **Reflexes** : DTRs 2/4 at L4 B/L
- o **Sensation** :
  - ▪ **Light Touch** : sensation intact to soft touch throughout
- o **Gait and Station** :
  - ▪ **Gait Screening** : normal gait, able to stand without difficulty

**Psychiatric**
- o **Judgment and Insight** : judgment and insight intact
- o **Mood and Affect** : mood normal, affect appropriate

## Assessment

- Type 2 diabetes mellitus with hyperglycemia    250.00/E11.65
  uncontrolled and off all insulin x months. After discussing options and his current abnormal symptoms, will return back onto insulin. Labs today.

[Digital Signature Validated]

[Progress Note] [Joseph Pena] [71832]                    [Date Printed:7/14/2020] Page 4 of 5

Lantus 15 units at bedtime. Titrate to goal 90-130 in morning
Humalog 5 units AC TID + 1:50>150.

Asked to bring in blood glucose log and glucometer and will titrate.
- Current use of insulin      V58.67/Z79.4
- Hypertension, Benign Essential     401.1/I10
  above goal > 140/90. Will start on lisinopril 10mg. FU 1 month. Check kidney/lytes today.

## Plan

**Orders**
- CMP (CMP) - SST (PV) (80053) - 250.00/E11.65 - 01/20/2016
- Hemoglobin A1C (HA1C) - Lavender (PV) (83036) - 250.00/E11.65 - 01/20/2016
- CBC w/ Manual diff (CBCMD) - Lavender (PV) (85007) - 250.00/E11.65 - 01/20/2016
- Urine Microalbumin Random (RMA) - Urine Cup (PV) (82044) - 250.00/E11.65 - 01/20/2016
- Blood draw, venipuncture (36415) - 250.00/E11.65 - 01/20/2016
- Direct LDL (LDL-D) - SST (PV) (83721) - 250.00/E11.65 - 01/20/2016
- Urinalysis - Manual w/o Micro (81002) - 250.00/E11.65, 401.1/I10 - 01/20/2016

**Medications**
- Contour Next Strips miscellaneous strip
  SIG: Check blood sugar before meals and at bedtime. Dx E11.65. TTD 50 units
  DISP: (1) 100 ct box with 11 refills
  **Prescribed on 01/20/2016**

- Lantus Solostar 100 unit/mL (3 mL) subcutaneous insulin pen
  SIG: inject by subcutaneous route at bedtime. Dx E11.65 TDD 20
  DISP: (1) Box with 5 refills
  **Prescribed on 01/20/2016**

- Humalog KwikPen 100 unit/mL subcutaneous insulin pen
  SIG: inject by subcutaneous route prior to meals. Dx E11.65 TDD 30u
  DISP: (1) Box with 11 refills
  **Prescribed on 01/20/2016**

- BD AutoShield Duo Pen Needle 30 gauge x 3/16" miscellaneous needle
  SIG: use as directed with insulin pens to admin. Dx E11.65 TDD 50
  DISP: (1) 100 ct box with 11 refills
  **Prescribed on 01/20/2016**

- lisinopril 10 mg oral tablet
  SIG: take 1 tablet (10 mg) by oral route once daily for high blood pressure
  DISP: (30) tablets with 5 refills
  **Prescribed on 01/20/2016**

**Instructions**
- BRING YOUR GLUCOMETER AND GLUCOSE LOG TO EVERY DIABETES APPOINTMENT. If labs are due, please complete 1 week prior to your next visit
- BLOOD SUGAR GOALS: Before meals = 90-130 mg/dL. 2 hours after meals = < 180 mg/dL.
- Enroll in the FREE American Diabetes Association's "Living With Type 2 Diabetes" program - See more at: http://www.diabetes.org/living-with-diabetes/recently-diagnosed
- EXERCISE: 150 minutes/week spread over several days. Start with 10 minutes and work your way up!. Any physical activity will help lower your blood sugar level and help you feel better.
- See a registered dietitian for 3-4 visits over 3-6 months, then every year or as needed. We can refer you to one here at Platte Valley Medical Center.
- DUE ANNUALLY: A1c (every 3-6 months), Fasting lipid profile, urine microalbumin, urinalysis, dilated eye exam, dental exam, flu vaccine

Electronically Signed by: Seth Kramer, DO -Author on January 24, 2016 03:40:51 PM

[Digital Signature Validated]

[Progress Note] [Joseph Pena] [71832]

[Date Printed:7/14/2020] Page 5 of 5

[Digital Signature Validated]

[MobileMD - Lab - General Lab] [Pena, Joseph D ] []        [Date Printed:7/14/2020] Page 1 of 1

## MobileMD - Lab - General Lab

**Specimen #:**    160200638        **Report Status:**    Final Results

**Patient Information:**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | **PatientID:** | | **Sex:** Male | **DOB:** 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON,  CO  80640 | **Phone #:** (720)375-5657 | | **SSN:** ###-##-6498 | |

**Date of Specimen:** 01/20/2016 14:18:00      **Date Received:** 01/20/2016 21:47:00  **Specimen Source:**
**Date Reported:**    01/20/2016 22:25:29      **Physician:**    KRAMER, ERIK SETH  **Information:**    261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **URINALYSIS w/Microscopic** | | | | |
| Urine Color | YELLOW | | Straw-Yellow | |
| **Urine Clarity** | **CLOUDY** | A | **Clear** | |
| Urine Glucose | NEGATIVE | | Negative | |
| Urine Bilirubin | NEGATIVE | | Negative | |
| **Urine Ketones** | **1+** | A | **Negative** | |
| Urine Specific Gravity | 1.025 | | 1.005 - 1.030 | |
| Urine Blood | NEGATIVE | | Negative | |
| Urine Protein | NEGATIVE | | Negative | |
| Urine pH | 6.0 | | 5.0-8.0 | |
| Urine Urobilinogen | 0.2 mg/dL | | 0.2 - 1.0 mg/dL | |
| Urine Nitrite | NEGATIVE | | Negative | |
| Urine Leukocyte Esterase | NEGATIVE | | Negative | |
| Urine WBC | 0-5 [HPF] | | 0-5 [HPF] | |
| Urine RBC | 0-5 [HPF] | | 0-5 [HPF] | |
| Urine Epithelial Cells | 0-10 [HPF] | | 0-10 [HPF] | |
| **Urine Bacteria** | **1+ [HPF]** | A | **None Seen [HPF]** | |
| **Urine Amorphous** | **3+ [HPF]** | A | **Negative [HPF]** | |

```
--------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

[MobileMD - Lab - General Lab] [Pena, Joseph D ] []          [Date Printed:7/14/2020] Page 1 of 1

## MobileMD - Lab - General Lab

**Specimen #:**     160200638          **Report Status:**     Final Results

**Patient Information:**

| | | | |
|---|---|---|---|
| **Name:** | Pena, Joseph D | **PatientID:** | **Sex:** Male | **DOB:** 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON,   CO   80640 | **Phone #:** (720)375-5657 | **SSN:** ###-##-6498 | |

**Date of Specimen:** 01/20/2016 14:18:00     **Date Received:** 01/20/2016 21:47:00 **Specimen Source:**
**Date Reported:**     01/20/2016 22:47:38     **Physician:**     KRAMER, ERIK SETH **Information:**     261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **CBC WITH MANUAL DIFF** | | | | |
| **WBC** | **12.1 10*3/uL** | **H** | **4.8-10.8 10*3/uL** | |
| **RBC** | **6.31 10*6/uL** | **H** | **4.80-6.10 10*6/uL** | |
| HGB | 17.9 g/dl | | 14.0-18.0 g/dl | |
| **HCT** | **52.3 %** | **H** | **42.0-52.0 %** | |
| MCV | 83 fL | | 80-94 fL | |
| MCH | 28.4 fL | | 26.0-34.0 fL | |
| MCHC | 34.2 g/dl | | 33.0-37.0 g/dl | |
| RDW | 14.8 % | | 11.3-15.7 % | |
| PLT | 227 10*3/uL | | 130-400 10*3/uL | |
| MPV | 10.7 fL | | 7.0-11.0 fL | |

```
---------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

## MobileMD - Lab - General Lab

**Specimen #:**  160200638  **Report Status:**  Final Results

**Patient Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | **PatientID:** | | **Sex:** Male | | **DOB:** | 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON, CO 80640 | **Phone #:** | (720)375-5657 | **SSN:** ###-##-6498 | | | |

**Date of Specimen:** 01/20/2016 14:18:00  **Date Received:** 01/20/2016 21:47:00 **Specimen Source:**

**Date Reported:**  01/20/2016 22:47:38  **Physician:**  KRAMER, ERIK SETH **Information:**  261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **MANUAL DIFF** | | | | |
| Segs | 56 % | | 50-80 % | |
| Bands | 1 % | | 0-6 % | |
| Lymphs | 34 % | | 20-45 % | |
| Monos | 5 % | | 0-11 % | |
| Eos | 4 % | | 0-6 % | |
| Morphology,RBC | Normal | | | |
| Platelet Estimate | Adequate | | Adequate | |

```
-------------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

[MobileMD - Lab - General Lab] [Pena, Joseph D ] []          [Date Printed:7/14/2020] Page 1 of 1

## MobileMD - Lab - General Lab

**Specimen #:**     160200638          **Report Status:**     Final Results

**Patient Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | | **PatientID:** | | **Sex:** Male | **DOB:** | 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON,   CO   80640 | | **Phone #:** | (720)375-5657 | **SSN:** ###-##-6498 | | |

**Date of Specimen:** 01/20/2016 14:18:00   **Date Received:** 01/20/2016 21:47:00 **Specimen Source:**

**Date Reported:**     01/20/2016 22:57:45   **Physician:**     KRAMER, ERIK SETH **Information:**     261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comprehensive Metabolic Profile** | | | | |
| Albumin | 4.6 g/dl | | 3.5-5.0 g/dl | |
| Carbon Dioxide | 30 mmol/L | | 22-30 mmol/L | |
| **Glucose** | **210 mg/dl** | **H** | **74-106 mg/dl** | |
| Sodium | 138 mmol/L | | 137-145 mmol/L | |
| **BUN** | **23 mg/dl** | **H** | **9-20 mg/dl** | |
| Total Bilirubin | 0.9 mg/dl | | 0.2-1.3 mg/dl | |
| **Chloride** | **97 mmol/L** | **L** | **99-109 mmol/L** | |
| Potassium | 4.5 mmol/L | | 3.5-5.1 mmol/L | |
| **ALT** | **76 U/L** | **H** | **21-72 U/L** | |
| Alkaline Phos | 114 U/L | | 38-126 U/L | |
| Calcium | 9.1 mg/dl | | 8.4-10.2 mg/dl | |
| Creatinine | 0.8 mg/dl | | 0.8-1.5 mg/dl | |
| **Total Protein** | **8.5 g/dl** | **H** | **6.3-8.2 g/dl** | |
| AST | 48 U/L | | 17-59 U/L | |
| Estimated GFR | >60 | | >60 | |

```
    INTERPRETATION: Multiply the EGFR by 1.21 for African American patients.
                    EGFR Units: ml/min/1.73M2
```

```
------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

[MobileMD - Lab - General Lab] [Pena, Joseph D ] []                    [Date Printed:7/14/2020] Page 1 of 1

## MobileMD - Lab - General Lab

**Specimen #:**      160200638            **Report Status:**      Final Results

**Patient Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | | **PatientID:** | | **Sex:** Male | **DOB:** | 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON,   CO   80640 | | **Phone #:** | (720)375-5657 | **SSN:** ###-##-6498 | | |

**Date of Specimen:** 01/20/2016 14:18:00     **Date Received:** 01/20/2016 21:47:00  **Specimen Source:**

**Date Reported:**     01/20/2016 23:09:26     **Physician:**      KRAMER, ERIK SETH  **Information:**      261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Direct LDL** | | | | |
| Direct LDL | **182 mg/dl** | **H** | **30-99 mg/dl** | |

```
--------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

EXHIBIT D - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 013

## MobileMD - Lab - General Lab

**Specimen #:** 160200640          **Report Status:** Final Results

**Patient Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | **PatientID:** | | **Sex:** Male | | **DOB:** | 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON,  CO  80640 | **Phone #:** | (720)375-5657 | **SSN:** | ###-##-6498 | | |

| | | | |
|---|---|---|---|
| **Date of Specimen:** 01/20/2016 14:18:00 | **Date Received:** 01/20/2016 21:47:00 | **Specimen Source:** | |
| **Date Reported:** 01/22/2016 13:33:25 | **Physician:** KRAMER, ERIK SETH | **Information:** | 261355 |

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Microalbumin, Random, Urine** | | | | |
| Microalbumin | 37.2 mg/L | | | |
| Creatinine | 158 mg/dL | | | |
| **Albumin/Creatinine Ratio** | **24 mg/g** | **H** | **<17 mg/g** | |

```
Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Laboratory Director: William G. Morice, II, M.D., Ph.D.
-----------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

[MobileMD - Lab - General Lab] [Pena, Joseph D ] []                    [Date Printed:7/14/2020] Page 1 of 1

## MobileMD - Lab - General Lab

**Specimen #:**     160200640          **Report Status:**     Final Results

**Patient Information:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Pena, Joseph D | **PatientID:** | | **Sex:** Male | **DOB:** | 08/28/1982 00:00 |
| **Address:** | 11468 OSWEGO ST HENDERSON, CO 80640 | **Phone #:** | (720)375-5657 | **SSN:** ###-##-6498 | | |

**Date of Specimen:** 01/20/2016 14:18:00     **Date Received:** 01/20/2016 21:47:00 **Specimen Source:**

**Date Reported:**     01/22/2016 12:42:22     **Physician:**     KRAMER, ERIK SETH **Information:**     261355

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Hemoglobin A1c, Blood** | | | | |
| **Hemoglobin A1c, B** | **11.4 %** | **H** | **4.0-6.0 %** | |

```
Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905
Laboratory Director: William G. Morice, II, M.D., Ph.D.
---------------------------------------------
Unless otherwise noted above, performed at:
Platte Valley Medical Center
1600 Prairie Center Parkway
Brighton, CO 80601
Elaine Wagner, M.D., Director, Unipath, LLC
```

[Digital Signature Validated]

EXHIBIT D - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 015