# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  GONZALEZ, JERAMYAH | | Reg #:  44884-013 |
| Date of Birth:  08/28/1982 | Sex:  M   Race:  WHITE | Facility:  ENG |
| Encounter Date:  12/13/2019 08:02 | Provider:  Oba, D. MD, CD | Unit:  W11 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**     **Provider:** Oba, D. MD, CD
    **Chief Complaint:** DIABETIC
    **Subjective:** 14 DAY INTAKE EXAM

        CCC-IDDM-treated 4 years with insulin for his diabetes. No low sugars, some symptoms with glucose in the 80's.

        Appendectomy 12 yoa, tonsils and adenoids at age 7.

    NKDA
    **Pain:** Yes
    **Pain Assessment**

| | |
|---|---|
| Date: | 12/12/2019 11:58 |
| Location: | Feet-bilateral |
| Quality of Pain: | Pins and Needles |
| Pain Scale: | 4 |
| Intervention: | diabetic shoes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Years |
| Duration: | 6-12 Hours |
| Exacerbating Factors: | boots, standing |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Diabetes
**Added to clinic(s):** Diabetes

**OBJECTIVE:**

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
      No: Irritable, Agitated, Flat
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
    **Nutrition**
      Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name: GONZALEZ, JERAMYAH | | | Reg #: 44884-013 |
| Date of Birth: 08/28/1982 | Sex: M | Race: WHITE | Facility: ENG |
| Encounter Date: 12/13/2019 08:02 | Provider: Oba, D. MD, CD | | Unit: W11 |

**Exam:**
  **Skin**
   **General**
      Yes: Within Normal Limits, Dry, Skin Intact, Warmth
  **Eyes**
   **General**
      Yes: PERRLA, Extraocular Movements Intact
   **Fundus Exam**
      Yes: Grossly Normal Retina
      No: Drusen (Macular or Elsewhere), Optic Nerve Head Hyperemia, Vessels Crossing Defects, Vessels Narrowing (Silver or Copper Wire)
  **Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
      No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea
   **Thorax**
      Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion
      No: Thoracic Kyphoscoliosis, Barrel Chest, Pectus Excavatum
   **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
   **Observation**
      Yes: Within Normal Limits, Normal Rate, Regular Rhythm
      No: Tachycardia, Bradycardia
   **Palpation**
      No: Apical Impulse Displaced
   **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G, S3, S4, Ventricular Gallop

**Comments**
SKIN-INSENSATE TO FILAMENT TESTING BILATERAL SHINS AND FEET. DP pulse 0-1+ bilaterally. fungus affected great toenails bilaterally; No ulcer formation

**ASSESSMENT:**

Obesity, E669 - Current

Polyneuropathy, unspecified, G629 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111984-ENG | Diabetic Supply - Glucometer | 12/13/2019 08:02 | *Inmate is authorized to keep this meter (see written instructions-SNEL656299) indefinitely.  Do NOT confiscate (unless sent to SHU). Goes with him on releases.* |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 12/13/2019 08:02 | Provider: Oba, D. MD, CD | | Unit: | W11 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | **Discontinue Type:** *When Pharmacy Processes* | | |
| | **Discontinue Reason:** *discontinue* | | |
| | **Indication:** | | |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 12/13/2019 08:02

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 12/12/2019 11:56 | Provider: | Oba, D. MD, CD | Unit: | W11 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Oba, D. MD, CD

**Chief Complaint:** DIABETIC
**Subjective:** 14 DAY INTAKE EXAM

CCC-IDDM-treated 4 years with insulin for his diabetes. No low sugars, some symptoms with glucose in the 80's.

Appendectomy 12 yoa, tonsils and adenoids at age 7.

NKDA
**Pain:** Yes
**Pain Assessment**
  **Date:** 12/12/2019 11:58
  **Location:** Feet-bilateral
  **Quality of Pain:** Pins and Needles
  **Pain Scale:** 4
  **Intervention:** diabetic shoes
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:** 1-5 Years
  **Duration:** 6-12 Hours
  **Exacerbating Factors:** boots, standing
  **Relieving Factors:** none
  **Reason Not Done:**
  **Comments:**

**Seen for clinic(s):** Diabetes
**Added to clinic(s):** Diabetes

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 82 | Via Machine | | Oba, D. MD, CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 16 | Oba, D. MD, CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 153/95 | Left Arm | Sitting | Adult-large | Oba, D. MD, CD |

*See Amendment*

Generated 12/12/2019 12:08 by Oba, D. MD, CD      Bureau of Prisons - ENG      Page 1 of 4

EXHIBIT E - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 004

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 12/12/2019 11:56 | Provider: Oba, D. MD, CD | | Unit: | W11 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
| --- | --- | --- | --- | --- |
| 12/12/2019 | 11:59 ENG | 96 | Room Air | Oba, D. MD, CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
| --- | --- | --- | --- | --- |
| 12/12/2019 | 11:59 ENG | 75.0 | 190.5 | Oba, D. MD, CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
| --- | --- | --- | --- | --- | --- |
| 12/12/2019 | 11:59 ENG | 316.0 | 143.3 | | Oba, D. MD, CD |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
      No: Irritable, Agitated, Flat
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
    **Nutrition**
      Yes: Within Normal Limits
  **Skin**
    **General**
      Yes: Within Normal Limits, Dry, Skin Intact, Warmth
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Fundus Exam**
      Yes: Grossly Normal Retina
      No: Drusen (Macular or Elsewhere), Optic Nerve Head Hyperemia, Vessels Crossing Defects, Vessels Narrowing (Silver or Copper Wire)
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
      No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea
    **Thorax**
      Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion
      No: Thoracic Kyphoscoliosis, Barrel Chest, Pectus Excavatum
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits, Normal Rate, Regular Rhythm
      No: Tachycardia, Bradycardia
    **Palpation**

*See Amendment* (watermark)

| | | | |
|---|---|---|---|
| Inmate Name: GONZALEZ, JERAMYAH | | | Reg #: 44884-013 |
| Date of Birth: 08/28/1982 | Sex: M  Race: WHITE | | Facility: ENG |
| Encounter Date: 12/12/2019 11:56 | Provider: Oba, D. MD, CD | | Unit: W11 |

**Exam:**

    No: Apical Impulse Displaced

    **Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

    No: M/R/G, S3, S4, Ventricular Gallop

**Comments**

    SKIN-INSENSATE TO FILAMENT TESTING BILATERAL SHINS AND FEET. DP pulse 0-1+ bilaterally. fungus affected great toenails bilaterally; No ulcer formation

**ASSESSMENT:**

Obesity, E669 - Current

Polyneuropathy, unspecified, G629 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111984-ENG | Diabetic Supply - Glucometer | 12/12/2019 11:56 | Inmate is authorized to keep this meter (see written instructions-SNEL656299) indefinitely.  Do NOT confiscate (unless sent to SHU). Goes with him on releases. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111982-ENG | Diabetic Supply - Lancets | 12/12/2019 11:56 | May use up to 50 lancets topically per 30 days as per policy for checking blood glucose levels.  Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111983-ENG | Diabetic Supply - Test Strips(Glucocard Expr) 50 | 12/12/2019 11:56 | May use up to 50 test strips topically per 30 days as per policy for checking blood glucose levels.  Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111977-ENG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 12/12/2019 11:56 | Inject 32 units of NPH insulin subcutaneously each morning ***pill line*** and---Inject 16 units of NPH insulin subcutaneously each evening ***pill line*** . x 180 day(s) Pill Line Only |
| | **Indication:** Type 2 diabetes mellitus | | |

*See Amendment* (watermark)

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: | M   Race: WHITE | | Facility: | ENG |
| Encounter Date: | 12/12/2019 11:56 | Provider: | Oba, D. MD, CD | | Unit: | W11 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111976-ENG | Insulin Reg (10 ML) 100 UNITS/ML Inj | 12/12/2019 11:56 | Inject 16 units of regular insulin subcutaneously each morning ***pill line*** and---Inject 8 units of regular insulin subcutaneously each evening ***pill line*** . x 180 day(s) Pill Line Only |

    **Indication:** Type 2 diabetes mellitus

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 45 days | 159/95 on 12/11/19. iddm | Oba, D. MD, CD |

    **Order Date:** 12/12/2019

**Devices and Equipment Issued:**

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Alternate Institutional Shoes | 12/12/2019 | | BOP |

    13 D diabetic shoes for neuropathy bilateral shins and feed.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Vision Screen | 04/30/2020 00:00 | Optometrist |
|    IDDM screening | | |
| Chronic Care Visit | 05/08/2020 00:00 | Physician |
|    CCC-IDDM | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/12/2019 | Counseling | Diagnosis | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Diabetic Foot Care | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Exercise | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Plan of Care | Oba, D. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 12/12/2019 12:08

*See Amendment* (watermark)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GONZALEZ, JERAMYAH | | | Reg #: 44884-013 |
| Date of Birth: 08/28/1982 | Sex: M | Race: WHITE | Facility: ENG |
| Encounter Date: 12/12/2019 11:56 | Provider: Oba, D. MD, CD | | Unit: W11 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Oba, D. MD, CD

**Chief Complaint:** DIABETIC
**Subjective:** 14 DAY INTAKE EXAM

CCC-IDDM-treated 4 years with insulin for his diabetes. No low sugars, some symptoms with glucose in the 80's.

Appendectomy 12 yoa, tonsils and adenoids at age 7.

NKDA
**Pain:** Yes
**Pain Assessment**
  **Date:** 12/12/2019 11:58
  **Location:** Feet-bilateral
  **Quality of Pain:** Pins and Needles
  **Pain Scale:** 4
  **Intervention:** diabetic shoes
  **Trauma Date/Year:**
  **Injury:**
  **Mechanism:**
  **Onset:** 1-5 Years
  **Duration:** 6-12 Hours
  **Exacerbating Factors:** boots, standing
  **Relieving Factors:** none
  **Reason Not Done:**
  **Comments:**

**Seen for clinic(s):** Diabetes
**Added to clinic(s):** Diabetes

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 82 | Via Machine | | Oba, D. MD, CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 16 | Oba, D. MD, CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 153/95 | Left Arm | Sitting | Adult-large | Oba, D. MD, CD |

*See Amendment*

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
|---|---|---|---|---|---|
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 12/12/2019 11:56 | Provider: Oba, D. MD, CD | | Unit: | W11 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 96 | Room Air | Oba, D. MD, CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 75.0 | 190.5 | Oba, D. MD, CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/12/2019 | 11:59 ENG | 316.0 | 143.3 | | Oba, D. MD, CD |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
      No: Irritable, Agitated, Flat
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
    **Nutrition**
      Yes: Within Normal Limits
  **Skin**
    **General**
      Yes: Within Normal Limits, Dry, Skin Intact, Warmth
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Fundus Exam**
      Yes: Grossly Normal Retina
      No: Drusen (Macular or Elsewhere), Optic Nerve Head Hyperemia, Vessels Crossing Defects, Vessels Narrowing (Silver or Copper Wire)
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
      No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea
    **Thorax**
      Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion
      No: Thoracic Kyphoscoliosis, Barrel Chest, Pectus Excavatum
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits, Normal Rate, Regular Rhythm
      No: Tachycardia, Bradycardia
    **Palpation**

*See Amendment*

| | | | |
|---|---|---|---|
| Inmate Name: GONZALEZ, JERAMYAH | | Reg #: 44884-013 | |
| Date of Birth: 08/28/1982 | Sex: M   Race: WHITE | Facility: ENG | |
| Encounter Date: 12/12/2019 11:56 | Provider: Oba, D. MD, CD | Unit: W11 | |

**Exam:**

    No: Apical Impulse Displaced

    **Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

    No: M/R/G, S3, S4, Ventricular Gallop

**Comments**

    SKIN-INSENSATE TO FILAMENT TESTING BILATERAL SHINS AND FEET. DP pulse 0-1+ bilaterally. fungus affected great toenails bilaterally; No ulcer formation

**ASSESSMENT:**

Obesity, E669 - Current

Polyneuropathy, unspecified, G629 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111984-ENG | Diabetic Supply - Glucometer | 12/12/2019 11:56 | Inmate is authorized to keep this meter (see written instructions- SNEL656299) indefinitely.  Do NOT confiscate (unless sent to SHU). Goes with him on releases. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111982-ENG | Diabetic Supply - Lancets | 12/12/2019 11:56 | May use up to 50 lancets topically per 30 days as per policy for checking blood glucose levels.  Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111983-ENG | Diabetic Supply - Test Strips(Glucocard Expr) 50 | 12/12/2019 11:56 | May use up to 50 test strips topically per 30 days as per policy for checking blood glucose levels.  Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) |
| | **Indication:** Type 2 diabetes mellitus | | |
| 111977-ENG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 12/12/2019 11:56 | Inject 32 units of NPH insulin subcutaneously each morning ***pill line*** and---Inject 16 units of NPH insulin subcutaneously each evening ***pill line*** . x 180 day(s) Pill Line Only |
| | **Indication:** Type 2 diabetes mellitus | | |

*See Amendment*

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
|---|---|---|---|---|---|
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 12/12/2019 11:56 | Provider: | Oba, D. MD, CD | Unit: | W11 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111976-ENG | Insulin Reg (10 ML) 100 UNITS/ML Inj | 12/12/2019 11:56 | Inject 16 units of regular insulin subcutaneously each morning \*\*\*pill line\*\*\* and---Inject 8 units of regular insulin subcutaneously each evening \*\*\*pill line\*\*\* . x 180 day(s) Pill Line Only |

**Indication:** Type 2 diabetes mellitus

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 45 days | 159/95 on 12/11/19. iddm | Oba, D. MD, CD |

**Order Date:** 12/12/2019

**Devices and Equipment Issued:**

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| Alternate Institutional Shoes | 12/12/2019 | | BOP |

13 D diabetic shoes for neuropathy bilateral shins and feed.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Vision Screen | 04/30/2020 00:00 | Optometrist |
| IDDM screening | | |
| Chronic Care Visit | 05/08/2020 00:00 | Physician |
| CCC-IDDM | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/12/2019 | Counseling | Diagnosis | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Diabetic Foot Care | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Exercise | Oba, D. | Verbalizes Understanding |
| 12/12/2019 | Counseling | Plan of Care | Oba, D. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 12/12/2019 12:08

*See Amendment* (watermark)

Case 1:18-cr-00389-RBJ   Document 191-5   Filed 10/06/20   USDC Colorado   Page 12 of 12

# Bureau of Prisons
## Health Services
### See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: | WHITE |
| Encounter Date: | 12/13/2019 08:02 | | Facility: | ENG |

**Amendment made to this note by Oba, D. MD, CD on 12/13/2019 08:02.**