# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M  Race: WHITE | | Facility: | ENG |
| Encounter Date: | 05/07/2020 14:54 | Provider: Oba, D. MD, CD | | Unit: | W11 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Oba, D. MD, CD

**Chief Complaint:** DIABETIC

**Subjective:** ccc-niddm-low sugars on insulin. stopped insulin, exercise and diet and his sugars remained low. Off all medications now. Sugars on occasion up to 180 but no sugars in the 60's. Feels well, weight is stable. Less exercise with the lockdown for corona virus. Occasionally with edema in the ankles. No palpitations, chest pain, shortness of breath, cough. Able to lie supine without problems.

**Pain:** No

**Seen for clinic(s):** Diabetes

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/07/2020 | 14:56 ENG | 98.1 | 36.7 | Oral | Oba, D. MD, CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/07/2020 | 14:56 ENG | 91 | Via Machine | | Oba, D. MD, CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/07/2020 | 14:56 ENG | 16 | Oba, D. MD, CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/07/2020 | 14:56 ENG | 137/86 | Left Arm | Sitting | Adult-large | Oba, D. MD, CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/07/2020 | 14:56 ENG | 92 | Room Air | Oba, D. MD, CD |

**Exam:**
  **Diagnostics**
    **Laboratory**
      Yes: Results
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
    **Nutrition**
      Yes: Within Normal Limits

EXHIBIT F - Motion for Compassionate Release, USA v. Gonzalez, 18-CR-00389 - 001

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 05/07/2020 14:54 | Provider: Oba, D. MD, CD | | Unit: | W11 |

**Exam:**
  **Skin**
    **General**
      Yes: Within Normal Limits, Dry, Skin Intact, Warmth
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Pupils**
      Yes: Normal Appearing
    **Fundus Exam**
      Yes: Grossly Normal Retina
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
      No: Coughing, severe w production green/brown mucus
    **Thorax**
      Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits, Normal Rate, Regular Rhythm
      No: Tachycardia, Bradycardia, Irregular Rhythm
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G, S3, S4

**Comments**

labs 4/22/20:  A1C 6.2%
labs 1/24/20:  CRT 0.82 AST 21 ALT 17 ALB 4.5 GLOB 3.4 MICRO 7 CRP 2.9 TSH 4.30 A1C 7.3%  HEP C NEG HEP B SAb NEG

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Obesity, E669 - Current

Polyneuropathy, unspecified, G629 - Current

Type 2 diabetes mellitus, E119 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | hydroCHLOROthiazide Tablet/Capsule | 05/07/2020 14:54 |
| | **Prescriber Order:** 12.5 mg Orally - daily x 365 day(s) -- take one capsule by mouth once daily to lower blood pressure, relieve swelling | |
| | **Indication:** Essential (primary) hypertension | |

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 05/07/2020 14:54 | Provider: Oba, D. MD, CD | | Unit: | W11 |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 112247-ENG | Diabetic Supply - Lancets | | 05/07/2020 14:54 |
| | **Prescriber Order:** | May use up to 50 lancets topically per 30 days as per policy for checking blood glucose levels. Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) | |
| | **Indication:** | Type 2 diabetes mellitus | |
| 112248-ENG | Diabetic Supply - Test Strips(Glucocard Expr) 50 | | 05/07/2020 14:54 |
| | **Prescriber Order:** | May use up to 50 test strips topically per 30 days as per policy for checking blood glucose levels. Put in refill request when you need more, and pick them up within 3 working days. PRN x 180 day(s) | |
| | **Indication:** | Type 2 diabetes mellitus | |
| 114742-ENG | Lisinopril 5 MG Tab | | 05/07/2020 14:54 |
| | **Prescriber Order:** | Take one tablet (5 MG) by mouth each day for blood pressure . x 365 day(s) | |
| | **Indication:** | Type 2 diabetes mellitus, Essential (primary) hypertension | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 10/13/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-C-Reactive Protein (CRP) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**Additional Information:**

niddm htn

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 05/26/2020 | Routine |

**Specific reason(s) for request (Complaints and findings):**

NIDDM, HTN

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Hepatitis B Series Immunization | 05/20/2020 00:00 | Nurse |
| AGREES TO HEP B IMMUNIZATION | | |
| Chronic Care Visit | 05/10/2021 00:00 | Physician |
| CCC-HTN, NIDDM | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 05/07/2020 14:54 | Provider: | Oba, D. MD, CD | Unit: | W11 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/07/2020 | Counseling | Diagnosis | Oba, D. | Verbalizes Understanding |
| 05/07/2020 | Counseling | Exercise | Oba, D. | Verbalizes Understanding |
| 05/07/2020 | Counseling | Plan of Care | Oba, D. | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Oba, D. MD, CD on 05/07/2020 15:05