# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M  Race: WHITE | Facility: | ENG |
| Encounter Date: | 03/10/2020 10:02 | Provider: Barkman, N. FNP-C | Unit: | W11 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Barkman, N. FNP-C

    **Chief Complaint:** PULMONARY/RESPIRATORY
    **Subjective:** "I really think I have sleep apnea and need to be tested"
    **Pain:** Not Applicable

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/28/2020 | 09:09 ENG | 134/83 | Right Arm | Sitting | Adult-large | Masterson, C. RN |
| 01/21/2020 | 09:26 ENG | 152/96 | Left Arm | Sitting | Adult-regular | Masterson, C. RN |
| 01/14/2020 | 09:52 ENG | 126/78 | Left Arm | Sitting | Adult-regular | Masterson, C. RN |
| 01/07/2020 | 09:31 ENG | 148/98 | Left Arm | Sitting | Adult-regular | Masterson, C. RN |
| 12/31/2019 | 09:25 ENG | 149/90 | | | | Grimes-Boorman, Renee D. |

**ROS Comments**

Reports nightly snoring that bothers others around him. Has been told on multiple occasions that he stops breathing. Fatigued every day.
-GASPING/CHOKING-YES
-IRREGULAR BREATHING/APNEA-YES
-FREQUENT AWAKENINGS-YES
120 SX/FINDINGS DURING SLEEP AND DUURING THE DAY: YES
121SC/FINDINGS DURING SLEEP >/= 1
122 SX/FINDINGS DURING THE DAY >/= 1
-EXCESSIVE DAYTIME SLEEPINESS--YES
-FATIGUE--YES
-IRRITABILITY/MOODINESS--NO
MORNING HEADACHES--YES
-DECREASED CONCENTRATION--YES
-INCREASED NECK CIRCUMFERENCE-YES--19 inches
-HTN-YES

**Exam Comments**

Completed the Berlin Questionnaire for Sleep Apnea with an outcome of "High Risk"
Reviewed Flow sheets for BP checks with continued elevated reading-will add medications

**ASSESSMENT:**

Encounter for screening, Z139 - Current - *Sleep Apnea*

Essential (primary) hypertension, I10 - Current

**PLAN:**

**New Medication Orders:**
| **Rx#** | **Medication** | **Order Date** |
|---|---|---|

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
|---|---|---|---|---|---|
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 03/10/2020 10:02 | Provider: Barkman, N. FNP-C | | Unit: | W11 |

**New Medication Orders:**

| Rx# | Medication | | | | Order Date |
|---|---|---|---|---|---|
| | Lisinopril Tablet | | | | 03/10/2020 10:02 |

    **Prescriber Order:**  5 mg Orally - daily x 90 day(s)

    **Indication:** Essential (primary) hypertension

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 03/17/2020 | Routine |

    **Specific reason(s) for request (Complaints and findings):**

        HTN

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Pulmonology | 06/11/2020 | 06/11/2020 | Routine | No | |

    **Subtype:**

        Offsite Appt

    **Reason for Request:**

        Sleep study requested for obese 37 yo male who meets InterQual Criteria
        INTERQUAL SPECIALTY REFERRAL CRITERIA
        100 SUSPECTED SLEEP APNEA--YES
        110 SX/FINDINGS ONLY DURING SLEEP >/=2
        -SNORING-YES
        -GASPING/CHOKING-YES
        -IRREGULAR BREATHING/APNEA-YES
        -FREQUENT AWAKENINGS-YES
        120 SX/FINDINGS DURING SLEEP AND DUURING THE DAY: YES
        121SC/FINDINGS DURING SLEEP >/= 1
        122 SX/FINDINGS DURING THE DAY >/= 1
        -EXCESSIVE DAYTIME SLEEPINESS--YES
        -FATIGUE--YES
        -IRRITABILITY/MOODINESS--NO
        MORNING HEADACHES--YES
        -DECREASED CONCENTRATION--YES
        -INCREASED NECK CIRCUMFERENCE-YES
        -HTN-YES

    **Provisional Diagnosis:**

        Disturbance in sleep

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Barkman, N. FNP-C |

    **Order Date:**  03/10/2020

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 03/10/2020 00:00 | Physician |
| add to HTN CCC | | |

**Disposition:**

    Follow-up at Sick Call as Needed

**Other:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M   Race: WHITE | Facility: | ENG |
| Encounter Date: | 03/10/2020 10:02 | Provider: Barkman, N. FNP-C | Unit: | W11 |

Sleep study consult placed
Start medication for hypertension
Watch call-out for BP checks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/10/2020 | Counseling | Access to Care | Barkman, N. | Verbalizes Understanding |

**Copay Required:** Yes       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Barkman, N. FNP-C on 03/10/2020 12:05