| From: | Crouse, Katrina (USMS) |
|---|---|
| To: | Mary Butturion |
| Subject: | Daily COVID Update for Facilities |
| Date: | Thursday, October 1, 2020 1:10:11 PM |

For 10/01/2020:

GEO shows an increase in their numbers on the ICE side.  However, our regular contact at GEO for obtaining this information was not working today so we are not confident that these increase numbers are accurate.  We will know more on Monday and that will be reflected in Tuesday's report/email.

BOP has an additional positive case of one BOP prisoner.

Washington County has an increase in quarantines of state inmates by thirteen inmates.

Both Jefferson County and Mesa have slight increases in quarantines of state inmates.

DDC now has nine state inmates positive for COVID-19.

|  | Federal Prisoners | | | State/ICE Prisoner | | | Staff | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Facility | No. of Potential Cases | No. of Confirmed Cases | No. of Quarantines | No. of Potential Cases | No. of Confirmed Cases | No. of Quarantines | No. of Potential Cases | No. of Confirmed Cases | No. of Quarantines | Comments |
| FDC | 89 | 2 (BOP Inmates ) | 89 | | | | | 0 | 0 | FDC (41) FCI (35) Camp (13). |
| GEO | 4 | 0 | 4 | 70 | 29 | 70 | | 0 | 0 | |
| CCSO | 4 | 0 | 4 | 14 | 0 | 14 | 0 | 0 | 0 | |
| DCSO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| DDC | 0 | 1 | 0 | 8 | 9 | 8 | 0 | 0 | 0 | 9 new positive state inmates. |
| Wash Co | 15 | 0 | 15 | 13 | 0 | 13 | 1 | 1 | 1 | |
| Park Co | 1 (14 day isolation after court) | 0 | 1 (14 day isolation after court) | 0 | 0 | 0 | 0 | 0 | 0 | |
| JCSO | 0 | 0 | 0 | 29 | 2 | 29 | 0 | 0 | 0 | |
| Mesa | 1 | 0 | 1 | 11 | 0 | 11 | 0 | 0 | 0 | |
| La Plata | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rio Blanco | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Katrina Crouse
Assistant Chief Deputy U.S. Marshal
U.S. Marshals Service
District of Colorado
901 19th Street, Suite 300
Denver, Colorado  80294
Office:  (720) 264-7704
Cell:  (407) 592-3717
Katrina.crouse@usdoj.gov