IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

3.   JERAMYAH GONZALEZ, a/k/a JOSEPH PENA, a/k/a JOSEPH SANCHEZ,

Defendant.

---

**NOTICE OF GOVERNMENT'S INTENT TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

---

The United States of America, through undersigned counsel, hereby files this notice that it intends to file a Response to Defendant Gonzalez's Motion for Compassionate Release (ECF 191).

Undersigned counsel and counsel for the defendant, Mr. Thomas Ward, Esq., have conferred regarding this Notice. The parties agree that the Government's Response should be file on or before **Friday, November 20, 2020.**

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

        By:  *s/ Martha A. Paluch*
        MARTHA A. PALUCH
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Martha.paluch@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2020, I electronically filed the foregoing **NOTICE OF GOVERNMENT'S INTENT TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By: *s/Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Martha.paluch@usdoj.gov
Attorney for the United States

2