Exhibit B

# Bureau of Prisons
# Health Services
# Clinical Encounter

Inmate Name:  GONZALEZ, JERAMYAH                                                              Reg #:    44884-013
Date of Birth:  08/28/1982                     Sex:      M    Race:  WHITE                    Facility: ENG
Encounter Date: 08/04/2020 11:21               Provider: Barkman, N. FNP-C                    Unit:     W11

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:  Barkman, N. FNP-C

Chief Complaint:  Back Pain
Subjective:  "My back isn't hurting right now but for the past few months I have had a pinched nerve that goes down my left leg. I take Ibuprofen when it happens but it doesn't help."
Pain:  No

## OBJECTIVE:

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/04/2020 | 12:32 ENG | 284.0 | 128.8 | | Barkman, N. FNP-C |

### Exam Comments

GENERAL: Appears well, A&OX3,
MSK: Normal gait, Full range of motion, slight tenderness to palpation of L lower back

40 lb weight loss since Dec 2019

## ASSESSMENT:

Low back pain, M545 - Current

Obesity, E669 - Current - *weight 284 lbs = BMI 35.5 (40lb weight loss)*

## PLAN:

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Lumbar-2 view AP/Lat, General Radiology-Sacrum - Coccyx-General | One Time | | 08/11/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

low back pain with radiation to Left leg

### Disposition:

Will Be Placed on Callout
Return Immediately if Condition Worsens

### Other:

Perform stretching/strengthening exercises
Continue with OTC analgesics as needed
Continue with weight loss through diet/excercise
Use intermittent Ice/Heat as preferred
Watch call-out for X-ray

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 08/28/1982 | Sex: M  Race: WHITE | | Facility: | ENG |
| Encounter Date: | 08/04/2020 11:21 | Provider: Barkman, N. FNP-C | | Unit: | W11 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 08/04/2020 | Counseling | Access to Care | Barkman, N. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Barkman, N. FNP-C on 08/04/2020 12:47

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: M | Race: WHITE | Facility: | ENG |
| Encounter Date: | 06/16/2020 08:28 | Provider: | Johnson, Gene OD | Unit: | W11 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**     **Provider:** Johnson, Gene OD

     **Chief Complaint:** DIABETIC
     **Subjective:** DM2 retina check, he has glasses that are working fine, he did not bring them to the appointment.
     OHx  -
     FHx  -
     **Pain:** No

**Vision Screen on** 06/16/2020 08:29

   Blindness:

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: 20/25 | Left Eye: 20/20 | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

   With Corrective Lenses

| | | | |
|---|---|---|---|
| Distance Vision: | Right Eye: | Left Eye: | Both Eyes: |
| Near Vision: | Right Eye: | Left Eye: | Both Eyes: |

   Present Glasses - Distance                       Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

   Color Test:
   Tonometry:   L:  15     R:  15
   Comments:   GAT@ 0750  1 gtt M1 x1 ou

**OBJECTIVE:**

**Exam:**

   **Eyes**

      **General**
         Yes: Extraocular Movements Intact

      **Eye Tests**
         Yes: Cover-Uncover Test Normal

      **Visual Fields**
         Yes: Normal Fields

      **Periorbital/Orbital/Lids**
         Yes: Normal Appearing

      **Conjunctiva and Sclera**
         Yes: Within Normal Limits

      **Cornea and Lens**
         Yes: Normal Appearing

| | | | |
|---|---|---|---|
| Inmate Name: GONZALEZ, JERAMYAH | | | Reg #: 44884-013 |
| Date of Birth: 08/28/1982 | Sex: M  Race: WHITE | | Facility: ENG |
| Encounter Date: 06/16/2020 08:28 | Provider: Johnson, Gene OD | | Unit: W11 |

**Exam:**

### Iris
Yes: Normal Appearing

### Pupils
Yes: PERRLA
No: Afferent Pupillary Defect

### Fundus Exam
Yes: Grossly Normal Retina
No: Vessels Crossing Defects, Vessels Narrowing (Silver or Copper Wire), Retinopathy

### Exam Comments
.1/.1 c/d ou

### ASSESSMENT:
Type 2 diabetes mellitus, E119 - Current

### PLAN:

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Optometry Exam | 06/16/2021 00:00 | Optometrist |
| diabetes, htn | | |
| LEE 6/16/20 | | |

**Disposition:**
Discharged to Housing Unit-No Restrictions
Follow-up in 1 Year

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/16/2020 | Counseling | Plan of Care | Johnson, Gene | Verbalizes Understanding |

importance of diet, exercise, BS, BP and cholesterol control in maintaining ocular health

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Johnson, Gene OD on 06/16/2020 08:34
Requested to be reviewed by  Oba, D. MD, CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GONZALEZ, JERAMYAH | | | Reg #: | 44884-013 |
| Date of Birth: | 08/28/1982 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/16/2020 08:28 | Provider: | Johnson, Gene OD | Facility: | ENG |

**Reviewed by Oba, D. MD, CD on 06/16/2020 08:49.**